UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

LEEWARD CONSTRUCTION COMPANY, LTD.

12 CV 6280

Petitioner,

-against-

AMERICAN UNIVERSITY OF ANTIGUA --
COLLEGE OF MEDICINE AND MANIPAL
EDUCATION AMERICAS, LLC f/k/a GCLR, LLC

Respondents.
-------------------------------------------------------------x

**NOTICE OF PETITION/
MOTION TO CONFIRM
ARBITRATION AWARD**

Case No: 1:12-cv-06280-LAK/G

JUDGE KAPLAN

PLEASE TAKE NOTICE that upon the Petition of Leeward Construction Company, Ltd. ("Leeward") and Memorandum of Law in support thereof, Leeward will petition and move this Court for an order pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 9 U.S.C. §201 et seq., at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York confirming a Final Arbitration Award, certified June 22, 2012 and modified August 8, 2012, and for entry of a money judgment against the Respondents, in the amounts stated in the Award.

Dated: August 14, 2012
       Poughkeepsie, New York

J. Scott Greer, Esq. (JG2203)
**LEWIS & GREER, P.C.**
*Attorney for Petitioner,
Leeward Construction Company, Ltd.*
510 Haight Avenue, Suite 202
Poughkeepsie, New York 12603
Telephone: (845) 454-1200