| | |
|---|---|
| LEEWARD CONSTRUCTION COMPANY, LTD. | Index #: 12 CV 6280 |
| Plaintiff(s) | |
| - against - | Purchased: August 16, 2012<br>Date Filed: |
| AMERICAN UNIVERSITY OF ANTIGUA-COLLEGE OF MEDICINE AND MANIPAL EDUCATION AMERICAS, LLC F/K/A GCLR, LLC | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |
| | Attorney File #1: 12-007401 |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.



That on August 28, 2012 at 04:31 PM at

1 BATTERY PARK PLAZA, 33RD FLOOR
NEW YORK, NY10004

deponent served the within true copy of the CIVIL COVER SHEET, RULE 7.1 DISCLOSURE STATEMENT, NOTICE OF PETITION,PETITION/MOTION TO CONFIRM ARBITRATION AWARD, MEMORANDUM OF LAW, JUDGES' RULES, ELECTRONIC CASE FILING RULES & INSTRUCTIONS on MANIPAL EDUCATION AMERICAS, LLC F/K/A GCLR, LLC, the defendant/respondent therein named,

**LIMITED LIABILITY COMPANY** — by delivering thereat a true copy of each to ANITA OBRIEN personally, deponent knew said limited liability company so served to be the limited liability company described in said CIVIL COVER SHEET, RULE 7.1 DISCLOSURE STATEMENT, NOTICE OF PETITION,PETITION/MOTION TO CONFIRM ARBITRATION AWARD, MEMORANDUM OF LAW, JUDGES' RULES, ELECTRONIC CASE FILING RULES & INSTRUCTIONS as said defendant/respondent and knew said individual to be MANAGING AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | WHITE | 65 | 5'9 | 150 |
| GLASSES | | | | | |

Sworn to me on: August 29, 2012

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2014

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2013

**SIEH CLARK**
License #: 1187234
Docket #:   *824805*

| | |
|---|---|
| LEEWARD CONSTRUCTION COMPANY, LTD. | Index #: 12 CV 6280 |
| Plaintiff(s) | Purchased: August 16, 2012 |
| - against - | Date Filed: |
| AMERICAN UNIVERSITY OF ANTIGUA-COLLEGE OF MEDICINE AND MANIPAL EDUCATION AMERICAS, LLC F/K/A GCLR, LLC | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |
| | Attorney File #1: 12-007400 |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 28, 2012 at 04:31 PM at

1 BATTERY PARK PLAZA, 33RD FLOOR
NEW YORK, NY10004

deponent served the within true copy of the CIVIL COVER SHEET, RULE 7.1 DISCLOSURE STATEMENT, NOTICE OF PETITION,PETITION/MOTION TO CONFIRM ARBITRATION AWARD, MEMORANDUM OF LAW, JUDGES' RULES, ELECTRONIC CASE FILING RULES & INSTRUCTIONS on AMERICAN UNIVERSITY OF ANTIGUA-COLLEGE OF MEDICINE, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to ANITA OBRIEN personally, deponent knew said corporation so served to be the corporation described in said CIVIL COVER SHEET, RULE 7.1 DISCLOSURE STATEMENT, NOTICE OF PETITION,PETITION/MOTION TO CONFIRM ARBITRATION AWARD, MEMORANDUM OF LAW, JUDGES' RULES, ELECTRONIC CASE FILING RULES & INSTRUCTIONS as said defendant/respondent and knew said individual to be MANAGING AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | WHITE | 65 | 5'9 | 150 |
| GLASSES | | | | | |

Sworn to me on: August 29, 2012

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2014

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2013

**SIEH CLARK**
License #: 1187234
Docket #:  *827007*