

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LEEWARD CONSTRUCTION COMPANY, LTD.,

                Petitioner,

-against-

AMERICAN UNIVERSITY OF ANTIGUA-
COLLEGE OF MEDICINE AND MANIPAL
EDUCATION AMERICAS, LLC f/k/a GCLR, LLC,

                Respondents.
-----------------------------------------------------------X

Civil Action No. 12-CIV-6280

ECF CASE

STIPULATION EXTENDING
TIME TO ANSWER, MOVE
OR OTHERWISE RESPOND
TO THE PETITION/MOTION
TO CONFIRM

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the time for respondents AMERICAN UNIVERSITY OF ANTIGUA- COLLEGE OF MEDICINE AND MANIPAL EDUCATION AMERICAS, LLC f/k/a GCLR, LLC to answer, move, or otherwise respond to the allegations of the Petition/Motion to Confirm is extended up to and including September 25, 2012.

Dated:    New York, New York
             September __, 2012

LEWIS & GREER, P.C.

By: _____
    Veronica A. McMillan, RN, BSN, Esq.

Attorneys for Petitioner,
LEEWARD CONSTRUCTION
COMPANY, LTD.
510 Haight Avenue, Suite 202
Poughkeepsie, New York 12603
Tel: (845) 454-1200

SO ORDERED:

_____
Judge Lewis A. Kaplan, U.S.D.J.

2184890 v1

SILLS CUMMIS & GROSS, P.C.

By: _____
    Michael B. Goldsmith, Esq.

Attorneys for Respondents,
AMERICAN UNIVERSITY OF
ANTIGUA- COLLEGE OF MEDICINE
AND MANIPAL EDUCATION
AMERICAS, LLC f/k/a GCLR, LLC
Thirty Rockefeller Plaza
New York, NY 10112
Tel: (212) 653-7000
Fax: (212) 643-6500