UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| LEEWARD CONSTRUCTION COMPANY, LTD., <br><br> Petitioner, <br><br> v. <br><br> AMERICAN UNIVERSITY OF ANTIGUA – COLLEGE OF MEDICINE and MANIPAL EDUCATION AMERICAS, LLC f/k/a GCLR, LLC, <br><br> Respondents. | Case No. 1:12-CV-06280 (LAK)(GWG) <br> (ECF Case) <br><br><br> **NOTICE OF APPEARANCE** |

-----------------------------------------------------------x

**PLEASE TAKE NOTICE** that Katherine M. Lieb, Esq. of Sills Cummis & Gross P.C. hereby appears on behalf of Respondents American University of Antigua – College of Medicine and Manipal Education Americas, LLC f/k/a GCLR, LLC in the above-captioned matter.

                                                  By:   /s/  Katherine M. Lieb
                                                  SILLS CUMMIS & GROSS P.C.
                                                  30 Rockefeller Plaza
                                                  New York, New York  10112
                                                  (212) 643-7000
                                                  klieb@sillscummis.com
                                                  Attorneys for Respondents

Dated:  New York, New York
       September 25, 2012

2191598 v1