UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LEEWARD CONSTRUCTION COMPANY,
LTD.,

        Petitioner,

    v.

AMERICAN UNIVERSITY OF ANTIGUA –
COLLEGE OF MEDICINE and MANIPAL
EDUCATION AMERICAS, LLC f/k/a GCLR,
LLC,

        Respondents.
------------------------------------------------------------x

Case No. 1:12-CV-06280 (LAK)(GWG)
(ECF Case)

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondent American University of Antigua -- College of Medicine ("AUA") provides this Corporate Disclosure Statement. AUA is a wholly-owned subsidiary of Manipal Education Americas LLC. Manipal Education Americas LLC is a wholly-owned subsidiary of Manipal Education (Mauritius) Pvt. Ltd., which is a wholly-owned subsidiary of Manipal Global Education Services Pvt. Ltd. MEMG International, Ltd. is the parent corporation of Manipal Global Education Services Pvt. Ltd.

Dated: New York, New York
       September 25, 2012

       **SILLS CUMMIS & GROSS P.C.**
       30 Rockefeller Plaza
       New York, New York 10112
       (212) 643-7000

       By: _s/ Katherine M. Lieb_
          MICHAEL B. GOLDSMITH
          KATHERINE M. LIEB

       Attorneys for Respondents
       American University in Antigua – College of
       Medicine and Manipal Education Americas,
       LLC f/k/a GCLR LLC