UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LEEWARD CONSTRUCTION COMPANY,
LTD.,

        Petitioner,

   v.

AMERICAN UNIVERSITY OF ANTIGUA –
COLLEGE OF MEDICINE and MANIPAL
EDUCATION AMERICAS, LLC f/k/a GCLR,
LLC,

        Respondents.
------------------------------------------------------------x

Case No. 1:12-CV-06280 (LAK)(GWG)
(ECF Case)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondent Manipal Education Americas LLC ("MEA") provides this Corporate Disclosure Statement. MEA is wholly-owned subsidiary of Manipal Education (Mauritius) Pvt. Ltd., which is a wholly-owned subsidiary of Manipal Global Education Services Pvt. Ltd. MEMG International, Ltd. is the parent corporation of Manipal Global Education Services Pvt. Ltd.

Dated: New York, New York
       September 25, 2012

                          **SILLS CUMMIS & GROSS P.C.**
                          30 Rockefeller Plaza
                          New York, New York 10112
                          (212) 643-7000

                          By:  s/ Katherine M. Lieb
                               MICHAEL B. GOLDSMITH
                               KATHERINE M. LIEB

                          Attorneys for Respondents
                          American University in Antigua – College of
                          Medicine and Manipal Education Americas,
                          LLC f/k/a GCLR LLC

2191607 v1