# EXHIBIT B

INTERNATONAL CENTRE FOR DISPUTE RESOLUTION
AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| **LEEWARD CONSTRUCTION COMPANY LTD.,** <br><br> **Claimant,** <br><br> **vs.** <br><br> **AMERICAN UNIVERSITY OF ANTIGUA (AUA)** <br><br> **Respondent.** | **Case No.: 50 110 T 00075 11** |

## MINUTES OF PRELIMINARY HEARING

In the captioned case, the Initial Hearing was held on September 8, 2011 Present at same were: by telephone, Case Manager, Govinda Jayasinghe and, on behalf of Claimant Attorneys J. Scott Greer and his legal assistant Belinda Benetti. On behalf of Respondent, present by telephone were Atty. Mark Olinsky, Lori K. Sapir and Leonard Sclafani.

In person at the offices of Arbitrator Jorge Jiménez were Eng. Héctor Varela and Atty. José R. Capó. Atty. Jorge R. Jiménez was designated Chairman of the Panel.

The following matters were attended to in the referenced hearing.

1. Considering the ad demnum in this case of approximately $4,887,178.00, the proceedings will be conducted using the procedures for Large, Complex, Construction Disputes Rules of the American Arbitration Association ("AAA").

2. Party Claimant will have a term up to October 14, 2011 to file an Amended Demand for Arbitration, which will be specifically connected with whatever claims Leeward may have as contained in the February 3, 2011 Demand for Arbitration and the documents identified as AUA Final Account (5 pages). Claimant indicates that it may revise some of his claims.

The Panel grants said request.

3. Party Claimant will submit to the Arbitrators and to the other parties hard copies and disc of the binder with support documents that Leeward plans to use to prove its averments.

4. Considering the fact that contract documents used for dollar amounts EC $, the parties, when possible, will try to convert said amounts to US$ for convenience purposes.

5. The Arbitrators take notice of the fact that Item E of the Demand for Arbitration dated February 3, 2011 was inadvertently omitted.

6. Venue: The parties will consider a possible change of venue and will notify the Panel of its decision on or before October 14, 2011.

7. Form of Award: The Award will be a Reasoned Award as provided for in Rules L-6 and R-43(a) of the AAA.

8. AUA shall submit its reply to Leeward's Amended Demand for Arbitration on or before November 30, 2011.

9. Expert Witnesses: The parties shall meet and decide among themselves and notify the Panel not later than November 30, 2011 if expert witnesses will be used. The parties have preliminarily informed that none are anticipated.

If depositions are to be taken, January 10, 2012 is set as a due date for same. In the event that depositions are taken, each side will have the right to take two (2) depositions from the other party and they will not last more than four (4) hours each.

10. Court Reporter: The parties will meet and decide on or before October 14, 2011 if a Court Reporter will be used.

11. Legal Authorities The parties will supply to each of the Arbitrators in disc form copies of all legal authorities, court decisions, treatises and any other legal bibliography that they will use.

12. Exchange of Documents: The parties will exchange among themselves and submit to the Arbitrators by December 12, 2011 all the documentary evidence that they will use in the case.

13. The legal representatives informed that they each consider that the presentation of their testimonial evidence will take approximately five (5) days. The following dates are set aside for the hearings: February 13, 14, 15, 16, 17, 20, 21, 22, 23 and 24 of 2012.

14. Final Terms to Notify Availability of Hearing Dates: The parties are instructed to make the necessary arrangements with their court calendars, and the availability of dates of the parties' representatives and witnesses that the hearing dates set aside are available to them.

15. Both parties are instructed to notify, not later than September 24, the names and e-mail addresses of all legal representatives that the Case Manager and the arbitrators should notify with copies of interlocutory documentation and the final Award.

Whenever possible, and, except as otherwise previously stated, all communications in this case will be via e-mails.

In San Juan, Puerto Rico, this 14 day of September 2011.

**NOTIFICATION:** I hereby certify that I have an exact copy of this document, via e-mail to: J. Scott Greer, jsgreer@lewisgreer.com, Mark Olinsky, molinsky@sillscummis.com, Govinda Jayasinghe, jayasingheG@adr.org, Jose R. Capó, josecapo@prtc.net, and Hector Varela, hmvarela@hmvarelainc.com.

**Jorge R. Jiménez**
654 Plaza – Oficina 807
Ave. Muñoz Rivera #654
San Juan, Puerto Rico  00918
Tel. Núm. (787) 763-0106
Fax Núm. (787) 763-0574
e-mail: jimenezjorger@gmail.com

Por: _____
Jorge R. Jiménez