# EXHIBIT C

AMERICAN ARBITRATION ASSOCIATION
CONSTRUCTION INDUSTRY ARBITRATION RULES
-------------------------------------------------------------------------x
LEEWARD CONSTRUCTION COMPANY, LTD.,

Claimant,

-against-

                                  **AMENDED DEMAND**
                                  **FOR ARBITRATION**

AMERICAN UNIVERSITY OF ANTIGUA          Case No. 50 110 T 00075 11
COLLEGE OF MEDICINE C/O GCLR, LLC,

Respondent.
-------------------------------------------------------------------------x

**PLEASE TAKE NOTICE THAT** Leeward Construction Company, Ltd., a party to a written agreement dated September 25, 2008, which, *inter alia* provides that:

§ 4.6 ARBITRATION

§ 4.6.1  Any Claim arising out of or related to the Contract, except Claims relating to aesthetic effect and except those waived as provided for in Sections 4.3.10, 9.10.4 and 9.10.5, shall, after decision by the Architect or 30 days after submission of the Claim to the Architect, be subject to arbitration.

§ 4.6.2  Claims shall be decided by arbitration which, unless the parties mutually agree otherwise, shall be in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association currently in effect.  The demand for arbitration shall be filed in writing with the other party to the Contract and with the

American Arbitration Association, and a copy shall be filed with the

Architect.  Location of any Arbitration will be Antigua.

(A copy of the "Agreement to Arbitrate" as set forth in the General Conditions to the Contract, is annexed hereto) hereby demands arbitration of the following disputes, which are subject to arbitration thereunder:

## PARTIES

1.      Claimant, Leeward Construction, Ltd., ("Leeward" or the "Claimant") is a corporation duly organized and existing under the laws of the Commonwealth of Antigua and Barbuda ("Antigua") with an office and principal place of business at All Saints Road, St. Johns, Antingua.

2.      Upon information and belief, Respondent, the American University of Antigua — College of Medicine (the "AUA" or "Respondent") was a subsidiary, affiliate, or assumed name of the Greater Caribbean Learning Center, Inc., a corporation organized and existing under the laws of the State of New York, United States of America, with an office and principle place of business at 2 Wall Street, 10th Floor, New York, New York, which was dissolved by proclamation and annulment of authority on October 27, 2010.

3.      Upon information and belief, the AUA is currently a subsidiary, affiliate, or assumed name of the GCLR, LLC, a limited liability company organized and existing under the laws of the State of New York, United States of America, with an office and principal place of business at 2 Wall Street, New York, New York.  Upon information and belief, the physical location of the American University of Antigua — College of Medicine is at the American

University of Antigua, University Park, Jebberock Beach Road, Coollidge, Antigua.

## GENERAL ALLEGATIONS

4.      This dispute arises out of the construction of a medical school in Antigua (the "project").

5.      On September 25, 2008, Leeward, as general contractor, entered into a Contract with the AUA, as the owner of the project, for the construction of the medical school for the fixed price of EC $27,436,824.00/US $10,162,599.00,[1] subject to additions and deductions by change order as provided in the Contract documents.

6.      The Architect for the project was Sundaram Architects, Pvt. Ltd., No. 19 Kumara Kroupa Road, Bangalore, India (the "Architect").

7.      The owners/representatives for the project were Lt. Col. Anthony Roche and Mr. Corey Greenberg.

8.      Leeward's project representative was Mr. Neil Dickenson.

9.      The Contract documents, include the following:

- AIA A101 (1997) Standard Form of Agreement Between Owner and Contractor (the "Contract").

- AIA A201 (1997) General Conditions of the Contract (the "General Conditions").

- Supplemental Conditions of the Contract as Set Forth in Article 8.1.7 of the Contract §8.1.7 (the "Supplemental Conditions").

- The Project Drawings and specifications.

---

[1] As of October 1, 2011, the conversion rate for Eastern Caribbean Dollars to United States Dollars is .3704 United States Dollars for each Eastern Caribbean Dollar.  See http://www.likeforex.com.

- Pricing Schedules and Bills of Quantities, including Preliminaries/General Conditions, Schedule of Labor Rates, Schedule of Basic Plant Charges, Schedule of On-Costs, and Bill of Quantities for Work and Materials.

(A complete list of the Contract documents is set forth in the "Project Manual," dated September, 2008.)

10.     According to Article 3 of the Contract, the commencement date of the Contract work was May 1, 2008 and the substantial completion date was April 30, 2009.

11.     Leeward commenced the Contract work on or about May 10, 2008, substantially completed the Contract work on or about July 31, 2009, and finally completed the Contract work on or about September 18, 2009.

12.     Upon information and belief, the AUA has been occupying and using the project for its intended purpose since October, 2009.

13.     Article 5.1.3 of the Contract requires the AUA to pay Leeward's monthly payment applications by the twenty-second day of each month for applications submitted by the seventh day of the month.

14.     Article 5.1.6 of the Contract authorizes the AUA to withhold retainage in the amount of five percent (5%) of the Contract sum (EC $1,371,841.20/US $508,129.98) and requires the AUA to release fifty percent (50%) of the retainage to Leeward at substantial completion.

15.     Article 5.1.9 of the Contract requires the AUA to pay Leeward an advance payment for mobilization equal to twelve percent (12%) of the Contract price (EC $3,292,418.80/ US $1,219,511.92) within seven (7) days of execution of the Contract.

16.     Article 5.2 of the Contract requires the AUA to make final payment of the Contract sum within thirty (30) days after the Architect issues a final Certificate for Payment.

17.     Article 7.2 of the Contract and Article 13.6 of the General Conditions requires the AUA to pay interest on payments due and unpaid under the Contract at the "legal rate" in Antigua from the date the payment is due until the date the payment is made.

18.     Article 7 of the General Conditions requires the Owner to issue written change orders or change directives for changes to the Contract work that result in an increase or decrease in the Contract price.

## CLAIM ONE

19.     Leeward repeats and realleges each and every allegation contained in paragraphs "4" through "18" of the General Allegations as though fully set forth at length herein.

20.     The AUA has repeatedly breached the Contract by failing to issue change orders/change directives for additional Contract work, by failing to pay for additional work that the AUA authorized and directed Leeward to perform, by failing to pay Leeward's payment application in accordance with the terms of the Contract, by failing to certify the project as substantially complete, by failing to issue to a final certificate of payment, and by failing to make final payment to Leeward in accordance with the terms of the Contract.

21.     In addition, due to no fault of its own, Leeward expended an additional nineteen (19) weeks to complete the Contract work as a result of Owner initiated changes to the Contract drawings, specifications, design, and Contract work; the AUA's failure to timely pay the mobilization fee as provided in Article 5.1.9 of the Contract; the AUA's failure to authorize overtime as provided in the Contract documents (Pricing Schedules/Bill of Qualities) the AUA's failure to coordinate the work of other contractors as required under Article 6.1.3 of the General Conditions; and the Architect's failure to properly administer the Contract as provided in Article

4.2 of the General Conditions, including its failure to issue change orders, change directives, timely responses to requests for information, the certificate of substantial completion and the certificate of final payment.

22.     Leeward submitted its Draft Final Application for payment (the "DFA") to the Architect on October 5, 2009 (BS 10)[2], but as if this date, neither the Architect, nor the AUA has approved or rejected the DFA in whole or in part, and the AUA has paid no part thereof.

23.     As a result of the AUA's breach of contract, Leeward has suffered damages in the amount of EC $6,800,572.28/US $2,518,931.97 calculated as follows:

| | | |
|---|---|---|
| Original Contract Amount Sum (BS 9) | EC $27,436,824.00 | US $10,162,599.61 |
| Deleted Work (Summary of Deleted Work, Annexed Hereto) | EC $ 1,948,755.32 | US $   721,818.97 |
| Overhead and Profit (18%) on Deleted Work (Article 14.4.3 of General Conditions; Schedule of Claim) | EC $   350,775.96 | US $   129,927.42 |
| Revised Contract Sum | EC $25,838,844.64 | US $ 9,570,708.05 |
| Approved Extra Work -- Paid (Revised Statement of Claim and BS 50-60) | EC $ 1,422,219.10 | US $   526,789.95 |
| Approved Extra Work -- Unpaid (Revised Statement of Claim and BS 52, 55, 56) | EC $   181,847.52 | US $    67,356.32 |
| Additional Work (Revised Statement of Claim and BS 258-282) | EC $ 1,361,628.64 | US $   504,347.25 |
| Additional Preliminaries/General Conditions (BS 11, 283-286) | EC $ 1,985,711.68 | US $   735,507.61 |
| Total | EC $ 30,790,251.58 | US $11,404,709.19 |
| Payments Received (BS 16) | EC $ 23,989,679.30 | US $ 8,885,777.21 |
| TOTALS: | EC $  6,800,572.28 | US $ 2,518,931.97 |

24.     The "Deleted Work" refers to the items of work that the AUA removed from Leeward's Contract and awarded other contractors.  The scope of the deleted work is detailed in

Leeward's Deleted Work Summary annexed hereto.  This summary was provided to the project Architect on May 12, 2009.  Article 14.4.3 of the General Conditions provides that the contractor is entitled to reasonable overhead and profit on unperformed work if the AUA terminates the Contract for convenience.  Further, the Contract documents (Schedule of On-Costs), provide for overhead and profit at eighteen percent (18%).

25.    "Approved Extra Work -- Paid" refers to additional work that Leeward performed at the request of the AUA.  Although the AUA never issued change orders or change directives for the additional work, Leeward included the extra work in payment applications which were approved by the Architect and paid by the AUA.  A summary of the Approved Extra Work -- Paid is set forth in the Revised Statement of Claim, annexed hereto, and at BS 50-60.

26.    "Approved Extra Work -- Unpaid" refers to additional work that the AUA requested Leeward to perform, which Leeward included in its payment applications, that the Architect failed to approve and/or the AUA failed to pay.  A summary of the unpaid additional work is set forth at Revised Statement of Claim, annexed hereto, and at BS 52, 55, 56.

27.    "Additional Work" refers to work that was included in the original contract, that the AUA removed from the Contract then awarded the work back to Leeward in a separate contract.  A summary of the Contract work that the AUA removed from the contract and then awarded back to Leeward in a separate contract is set forth at Revised Statement of Claim, annexed hereto, and at BS 258-282.

28.    "Additional Preliminaries/General Conditions" refers to the preliminaries/general conditions as set forth in the Contract documents for the agreed amount of EC $3,906,146.00/US $1,446,836.48.  However, as a result of the project delays attributable to the AUA and the Architect

---

[2] "BS" refers to Bate Stamp numbers on the documents that Leeward produced to the Respondent and to the Arbitrators on September 9, 2011 (hardcopy) and September 29, 2011 (CD).

the actual cost of preliminaries/general conditions was EC $5,891,857.68/US $2,182,344.08. Thus, Leeward is entitled to an additional EC $1,985,711.68/US $735,507.61 for preliminaries/general conditions. (*See* Revised Statement of Claim annexed hereto, and at BS 11, 283-286.)

## CLAIM TWO

29.     Leeward repeats and realleges each and every allegation contained in paragraphs "4" through "28" of the General Allegations as though fully set forth at length herein.

30.     Pursuant to Article 7.2 of the Contract and Article 13.6 of the General Conditions, Leeward is entitled to interest on payments due and unpaid under the Contract at the "legal rate" in Antigua from the date that the payment is due until the date the payment is made.

31.     Leeward is entitled to interest on the total unpaid balance due under the contract in the amount of EC $6,800,572.28/US $2,518,931.97,  at the legal rate of interest in Antigua as determined by the Arbitrators from October 22, 2008, until the date the amount is paid.

32.     The AUA repeatedly failed to pay approved payment applications in a timely fashion and/or pay the entire payment of the applications, and as a result, Leeward is entitled to interest on the late payments, from the date due until the date paid, at the legal rate in Antigua as determined by the Arbitrators.

33.     The AUA repeatedly breached Article 5.1.9 of the Contract by failing to timely pay Leeward for "mobilization" in the amount of EC $3,292,418.80/ US $1,219,511.92 and as a result, Leeward is entitled to interest on the mobilization payments from the date due until the date paid, at the legal rate in Antigua as determined by the Arbitrators.

## CLAIM THREE

34.     Leeward repeats and realleges each and every allegation contained in paragraphs "4" through "33" of the General Allegations as though fully set forth at length herein.

35.     In the event that Leeward prevails in this arbitration, Leeward respectfully requests the Arbitrators to award legal fees and expenses to Leeward in an amount to be determined at the conclusion of the arbitration, as well as the costs and expenses of the arbitration, in accordance with the laws of Antigua.

**WHEREFORE**, Leeward Construction, Co. Ltd. respectfully requests the panel of arbitrators for the following relief:

1.     Claim Number One, an award in the amount of EC $6,800,572.28/US $2,518,931.97.

2.     Claim Number Two, an award of interest on every late payment from the date due until the date paid, at the legal rate in Antigua, as determined by the Arbitrators.

3.     Claim Number Three, legal fees and expenses, including the cost and expense of arbitration, as determined by the Arbitrators, in accordance with the Laws of Antigua.

4.     Such other and further relief as the Arbitrators may deem just and proper.

Dated: October 14, 2011
         Poughkeepsie, New York

                                        LEEWARD CONSTRUCTION CO. LTD.

                                        By:_____
                                            J. Scott Greer, Esq.
                                            **Lewis & Greer, P.C.**
                                            *Attorney for Claimant,*
                                            *Leeward Construction Co. Ltd.*
                                            510 Haight Avenue, P.O. Box 5990
                                            Poughkeepsie, New York  12603
                                            Tel:  (845) 454-1200
                                            Email:  jsgreer@lewisgreer.com

To:

Leonard Sclafani, Esq.
c/o GCLR, LLC
2 Wall Street, 10th Floor
New York, New York  10005
Email: lsclafani@auamed.org

Govinda Jayasinghe
International Case Manager
International Centre for Dispute Resolution
1633 Broadway, 10th Floor
New York, New York  10019
Email: JayasingheG@adr.org

Mark S. Olinsky, Esq.
Sills, Cummis & Gross, P.C.
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Email: molinsky@sillscummis.com

Jose Rafael Capo, Esq.
American Arbitration Association
Bank of America Tower at International
100 SE 2nd Street
Suite 2300
Miami, Florida 33131
Email: josecapo@prtc.net

Lori Sapir, Esq.
Sills, Cummis & Gross, P.C.
30 Rockefeller Plaza, 29th Floor
New York, New York 10112
Email: lsapir@sillscummis.com

Jorge R. Jimenez, Esq.
American Arbitration Association
Bank of America Tower at International
100 SE 2nd Street
Suite 2300
Miami, Florida 33131
Email: jiminezjorger@gmail.com

Hector M. Varela
American Arbitration Association
Bank of America Tower at International
100 SE 2nd Street
Suite 2300
Miami, Florida 3313
Email: hmvarela@hmvarelainc.com

# REVISED STATEMENT OF CLAIM

# REVISED STATEMENT OF CLAIM

AUA FINAL ACCOUNT

| A | CONTRACT SUM | | 27,436,824.00 |
|---|---|---|---|
| | SUBTRACTED DELETED WORK (SEE LEEWARD SUMMARY) | | (1,948,755.32) |
| | ADD OH&P ON DELETED WORK | | 350,775.96 |

B       APPROVED EXTRA WORKS -- PAID (awaiting Change Orders)[1]

Full details in last account (November 2009)

| | | | |
|---|---|---|---|
| 1 | Laboratory & Classroom buildings - additional foundation works | | 270,096.61 |
| 2 | Library building - piling rig standing | (incl) | |
| 3 | Service building - piling rig standing | (incl) | |
| 4 | Library building - Non-Productive labour | | 1,000.00 |
| 5 | Library building - piles 35' long | | 121,125.42 |
| 6 | Library building - excavation & backfill around piles | | 2,684.33 |
| 7 | Service building - clear steelwork | | 2,401.30 |
| 8 | Library building - pile extensions | | 9,663.14 |
| 9 | Service building - additional excavation & backfill | | 1,477.54 |
| 10 | Service building - pile removal | | 1,174.32 |
| 11 | Service building - walls to manholes | | 2,051.88 |
| 12 | Library building - clocktower pile reductions | | 5,022.46 |
| 13 | Laboratory & Classroom buildings - electric conduits, etc. | | 40,520.44 |
| 14 | Library, Amphitheatre, Service buildings - surveyor fees | | 5,400.00 |
| 15 | NUCOR Buildings - Engineering Works Order | | 3,837.36 |
| 16 | VSL - attendance on post-tensioning contractor | | 20,021.90 |
| 19 | Steel bending sheet - flood protection | | 10,000.00 |
| 20 | Blockwork reinforcement details | (incl) | |
| 21 | Pile extensions | | 1,979.78 |
| 23 | Laboratory & Classroom buildings - conduits sweeps | | 3,459.76 |
| 24 | Classroom building - anchor bolds for steelwork | | 11,824.37 |
| 25 | Library building - chajja detail revisions (blocks C&D) | | 1,164.90 |
| 26 | APUA electricity bill | | 1,954.54 |

[1] The numerical list of change orders coordinates with the list of change orders at BS 50-61.

| 27 | Housing block piles | 8,342.50 |
| 28 | Classroom building - approved NPO for slab pour | 6,720.54 |
| 29 | Classroom building - additional excation below 5'-0" | 12,615.50 |
| 30 | VSL - dayworks for post-tensioning contractor | 31,039.03 |
| 31 | 12" diameter sch 40 PVC pipe installation | 3,142.57 |
| 32 | Groundworks for crane | 4,823.84 |
| 33 | Groundworks for car parking area | 6,566.16 |
| 34 | 6" Internal blockwork | 13,432.22 |
| 35 | Toilet block plumbing | 148,760.38 |
| 36 | Laboratory building - approved NPO for slab pour | 6,720.54 |
| 37 | Laboratory & Classroom buildings - staircase excavation & backfill | 26,141.01 |
| 38 | Approved NPO due to port delays | 3,091.20 |
| 39 | Car park remedial works | 8,365.00 |
| 40 | Plasticiser to concrete pours | 61,596.00 |
| 41 | Service building - additional fill to raise levels | |
| 42 | Library courtyard crushed stone fill | 21,559.20 |
| 43 | Service building - NPO for painting works | |
| 44 | Laboratory building - excavation & backfill around piles | 12,615.50 |
| 45 | Service building - granolithic flooring | 31,348.00 |
| 46 | Temporary generators | 14,688.95 |
| 49 | Service building - external painting | 14,955.00 |
| 50 | Library building - chajja detail revisions (block B) | 4,062.40 |
| 51a | Service building - additional excavation below 5'-0" | 20,238.00 |
| 51b | Floore slab/grade beam concrete measure correction | 8,681.31 |
| 52 | Walkway to IT building | 6,121.71 |
| 53 | Concrete pad to client office | 1,032.45 |
| 55 | Classroom stages | 12,528.07 |
| 56 | Miscellenaous NPO payments | 19,899.80 |
| 59 | Clasrrom building - walkway curbs | 36,937.60 |
| 60 | Library building - internal wall revisions (block B) | 2,238.88 |
| 60 | Classroom building - temporary waterproofing | 4,392.00 |
| 61 | 12" diameter drainage pipes | 13,103.80 |
| 62 | Manlift rental | 495.60 |
| 63 | Library building - plumbing works (block D) | 8,348.10 |
| 64 | Library building - courtyard drainage | 13,103.80 |

| | | |
|---|---|---|
| 65 | Decorative archways | 59,520.00 |
| 66 | Security huts - supply 1, relocate 1 | 1,662.00 |
| 67 | Walkways drainage pipes | 2,566.90 |
| 68 | Site water | 1,896.27 |
| 69 | Floor slab preparations for vinyl tiles | 2,080.00 |
| 70 | Terrace drainage pipes | 1,002.12 |
| 71 | Library buildings - reinforcement revisions (blocks A&D) | 155.76 |
| 72 | Service building - additional painting | 1,196.40 |
| 73 | Amphitheatre steps | 10,959.63 |
| 74 | Amphitheatre wall cappings | 2,788.14 |
| 75 | Library blocks wall cappings | 23,855.31 |
| 76 | Laboratory toilet block manholes | 1,175.82 |
| 77 | Manlift & forklift rentals | 1,058.40 |
| 78 | Entrance gates installation | 1,925.00 |
| 79 | APUA electricity bill | 1,042.51 |
| 80 | Upload windows & doors | 3,338.72 |
| 81 | Concrete pad to volleyball courts | 4,060.34 |
| 82 | Window sills | 39,659.45 |
| 83 | Upload windows & doors (10-17 july 2009) | 16,624.86 |
| 84 | Break out for AC installation | 4,770.72 |
| 86 | Clock tower - demolish lintol beam | 563.60 |
| 87 | Decorative plaster grooves | 23,450.00 |
| 88 | Window jambs | 47,895.20 |
| 89 | Laboratory building - partitions | 47,752.12 |
| 90 | Scaffold rental | 1,000.00 |
| 91 | Laboratory & Classroom buildings - walkways protection | 1,490.40 |
| 92 | Plaster cap to parapet walls | |
| 93 | Entrance gate repairs | 405.84 |
| 94 | Door openings size revisions | 3,042.68 |
| 95 | Terrace level columns slope design finish | 1,815.00 |
| 96 | Block up windows library blocks B&C | (incl) |
| 97 | Parapet walls to classroom & laboratory | (incl) |
| 98 | Granolithic flooring to AHU room roofs | 7,376.00 |
| 99 | Timber stepts to laboratory roof | 1,523.20 |

|  |  |  |
|---|---|---|
| **SUBTOTAL - APPROVED EXTRA WORK -- PAID:** | | **1,422,219.10** |

APPROVED EXTRA WORK -- UNPAID [2]

| 17 | Hurricane Omar site preparation | 23,682.00 |
|---|---|---|
| 18 | Site shutdown October 2008 | 24,681.82 |
| 47 | Customs storage charges | 33,943.10 |
| 48 | Election shutdown costs | 30,294.86 |
| 54 | Labour Day shutdown costs | 24,642.84 |
| 57 | Whitsuntide Monday public holiday | 19,475.40 |
| 58 | Adverse weather | 25,127.50 |

| | **SUBTOTAL - APPROVED EXTRA WORK -- UNPAID:** | **181,847.52** |
|---|---|---|

ADDITIONAL WORK [3]

| Glazing | 48,770.00 |
|---|---|
| Civil Works in DATA Centre | 27,250.00 |
| Concrete Band Work | 36,463.13 |
| Screed Work at Terrace | 48,020.00 |
| Doors & Windows | 419,932.68 |
| Floor Coverings | 610,206.58 |
| Toilet Fixtures | 130,523.75 |
| AC Concrete Bed | 40,462.50 |

| | **SUBTOTAL - ADDITIONAL WORK:** | **1,361,628.64** |
|---|---|---|
| **C** | **ADDITIONAL PRELIMINARIES** | **1,985,711.68** |
| | **TOTAL:** | **30,790,251.58** |
| | **LESS PREVIOUS PAYMENTS:** | **23,989,679.30** |
| | **AMOUNT NOW DUE  EC $:** | **6,800,572.28** |
| | **US $:** | **2,518,931.97** |
| **D** | COSTS AND EXPENSES OF ARBITRATORS, INCLUDING LEGAL FEES | TBD |
| **E** | INTEREST AT THE LEGAL RATE IN ANTIGUA | TBD |

[2] The numerical list of change orders coordinates with the list of change orders at BS 50-61.

[3] This list of additional work coordinates with the additional work documents at BS 258-282.

# DELETED WORK SUMMARY

## P 103 - AUA SUPERSTRUCTURE WORKS
## Deleted Items - Amphitheatre



| ITEM | DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT EC$ |
|------|-------------|----------|------|------|------------|
| IX | **PAINTING AND FINISHES** | | | | |
| 1 | Providing and painting external surface with trowellex including feature bands/grooves etc., of approved colour all as per manufacturers instructions and directions inlcuding scaffolding etc., complete at all levels. | 378 | YD² | 74.95 | 28,331.10 |
| 2 | Preparing surface and painting with Traveltex fine grade internally, Plastic emulsion paint of approved colour including providing and removing scaffolding, finishing etc., complete | 800 | YD² | 74.95 | 59,960.00 |
| 3 | Preparing surface and painting with 2 coats of latex emultion of approved colour and make over a coat of primer for ceiling internal surfaces as per directions including providing and removing scaffolding, finishing etc., complete in all floors. (may not be required for full area due to  false ceiling) | 750 | YD² | 19.94 | 14,955.00 |
| X | **DOOR AND WINDOWS** (For UPVC as per PVC Windoor inc specification  or equivalent) All Door and Window Rates are inserted as a PC Sum rates. | | | | |
| | **DOORS** | | | | |
| 1 | providing and fixing Double leaf side hung door with Aluminium/UPVC frame & shutter partly with infill panel of 30mm particle board finished with 1mm laminate on both sides and 6mm laminated glass.With  all necessary accessaries  Main Door of size 6'0" x 8'0"<br>    Labour - fixed labour rate required including setting material/grout | 2 | NR | 654.85 | 1,309.70 |
| 2 | Providing and fixing Double leaf side hung door with aluminium/UPVC frame & shutter partly with infill panel of 30mm particle board finished with 1mm laminate on both sides and 6mm laminated glass with all necessary accessaries .for student centre and back stage area of the size of 4'0" x 8'0"<br>    Labour - fixed labour rate required including setting material/grout | 6 | NR | 295.40 | 1,772.40 |
| 3 | providing and fixing Single leaf side hung door with UPVC shutter & frame with all necessary accessaries for change rooms and make up roomof the size of 3'0" x 7'0"<br>    Labour - fixed labour rate required including setting material/grout | 2 | NR | 245.25 | 490.50 |
| | | | | c/fwd: | 106,818.70 |

| ITEM | DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT EC$ |
|------|-------------|----------|------|------|-----------|
| | | | | b/fwd: | 106,818.70 |
| | **WINDOWS** | | | | |
| 1 | Providing and fixingaluminium/ UPVC three track horizontal sliding & Fixed aluminium/UPVC shutter with 6mm laminated glass with all necessary accessaries for student centre of the size of 5' 0" x 5' 0" | | | | |
| | Labour - fixed labour rate | 6 | NR | 335.31 | 2,011.86 |
| 2 | Providing and fixing aluminium/UPVC three track horizontal sliding & Fixed aluminium/UPVC shutter with 6mm laminated glass with all necessary accessaries of the size of 3' 0" x 5' 0" | | | | |
| | Labour - fixed labour rate | 4 | NR | 335.31 | 1,341.24 |
| | **VENTILATORS** | | | | |
| 1 | Providing and fixing Aluminium/UPVC single track  fixed aluminium/UPVC shutter with louvers with all necessary accessaries, of the size of      4' 0" x 3' 0" | | | | |
| | Labour - fixed labour rate | 2 | NR | 335.31 | 670.62 |
| | | | | **TOTAL EC$:** | **110,842.42** |

## P 103 - AUA SUPERSTRUCTURE WORKS
### Deleted Items - Classroom & Laboratory Buildings



| ITEM | DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT EC$ |
|------|-------------|----------|------|------|------------|
| VII | **PAINTING AND FINISHES** | | | | |
| 1 | Providing and painting **external** surface with trowellex including feature bands/grooves etc of approved colour all as per manufacturers instructions and directions inlcuding scaffolding etc., complete at all levels. | 3,500 | YD² | 74.95 | 262,325.00 |
| 2 | Preparing surface and painting with Traveltex fine grade **internally,** Plastic emulsion paint of approved colour including providing and removing scaffolding, finishing etc., complete | | | | |
| | Ground Floor | 2,080 | YD² | 74.75 | 155,480.00 |
| | First Floor | 1,960 | YD² | 74.75 | 146,510.00 |
| 3 | Preparing surface and painting with 2 coats of latex emultion of approved colour and make over a coat of primer for ceiling **internal** surfaces as per directions including providing and removing scaffolding, finishing etc., complete in all floors. | RATE ONLY | YD² | 19.94 | 0.00 |
| X | **DOOR AND WINDOWS (For UPVC as per PVC Windoor inc specification or equivalent) All Door and Window Rates are inserted as a PC Sum Rate** | | | | |
| | **DOORS** | | | | |
| 1 | Providing and fixing Single leaf side hung door with aluminium/UPVC framed shutter with infill panel of 30mm particle board finished with 1mm laminate on both sides with all necessary accessories with vision panel of size 6" X 2' with the door size of 4' x8' | | | | |
| | Labour - fixed labour rate required including setting material/grout | 48 | NR | 295.40 | 14,179.20 |
| 2 | providing and fixing Double leaf side hung door with M.S frame & shutter with 2hr fire proof with all necessary accessories . Of the size of 6' x 8' | | | | |
| | Labour - fixed labour rate required including setting material/grout | 8 | NR | 464.45 | 3,715.60 |
| 3 | providing and fixing Single leaf side hung door with M.S frame & shutter with 2hr fire proof with all necessary accessories for electric door with the size of 4' x 8' | | | | |
| | Labour - fixed labour rate required including setting material/grout | 4 | NR | 295.40 | 1,181.60 |
| | | | | c/fwd: | 583,391.40 |

| ITEM | DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT EC$ |
|---|---|---|---|---|---|
| | | | | b/fwd: | 583,391.40 |
| | **WINDOWS** | | | | |
| 1 | Providing and fixing Single track  fixed aluminium/UPVC shutter(3" x 2½") & frame( 2½" x 2½") with all necessary accessories with 6mm laminated glass.of the size  4' x 5' | | | | |
| | Labour - fixed labour rate | 68 | NR | 335.31 | 22,801.08 |
| 2 | Three track  horizontal  sliding Aluminium/ UPVC shutter(3"x2½")  & frame with 6mm laminated glass with all necessary accessories& mosquito mesh with the size of 3' x 5' | | | | |
| | Labour - fixed labour rate | 20 | NR | 335.31 | 6,706.20 |
| XII | **MISCELLANEOUS** | | | | |
| 3 | Providing and fixing in position wooden columns of size 8" x 8" with necessary fittings as  architectural design **(PROVISIONAL SUM)** | 178 | YD | 120.00 | 21,360.00 |
| | | | | **TOTAL EC$:** | **634,258.68** |

## P 103 - AUA SUPERSTRUCTURE WORKS
## Deleted Items - Service Block



| ITEM | DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT EC$ |
|---|---|---|---|---|---|
| X | **DOOR AND WINDOWS (For UPVC as per PVC Windoor inc specification or equivalent)** | | | | |
| | **DOORS** | | | | |
| 1 | Providing and fixing Double leaf side hung pressed door with steel frame of 2.5"X5" with1.5" shutter of 1.5 mm th steel sheet on both sides with 2 hr fire proof with all necessary accessories. **FR   D1   of size 5'0" x 8'6"** | | | | |
| | Labour - fixed labour rate required including setting material/grout | 4 | NR | 408.75 | 1,635.00 |
| 2 | Providing and fixing Double leaf side hung pressed door of steel frame 2.5"X5" with1.5" shutter of 1.5 mm th steel sheet on both sides with 2 hr fire proof with all necessary accessories.. **D1  of size  5'0" x 8'0"** | | | | |
| | Labour - fixed labour rate required including setting material/grout | 1 | NR | 408.75 | 408.75 |
| 3 | Providing and fixing Single leaf side hung pressed steel frame 2.5"X5" with1.5" shutter of 1.5 mm th steel sheet on both sides with 2 hr fire proof with all necessary accessories.. **D2 of the size of 3'0" x 8'0"** | | | | |
| | Labour - fixed labour rate required including setting material/grout | 1 | NR | 295.40 | 295.40 |
| 1 | **WINDOWS** Providing and fixing Single track fixed Aluminium/ UPVC frame( 2½" x 2½")with partly fixed 6mm laminated glass louvers & partly with fixed laminated glass. **SW 1 of the size of  5'0" x** | | | | |
| | Labour - fixed labour rate required including setting material/grout | 1 | NR | 335.31 | 335.31 |
| 1 | **VENTILATORS** Providing and fixingAluminium/ UPVC frame & with fixed  6mm laminated glass louvers with all necessary accessories.. **V1  of the size of 6'0" x 3'0"** | | | | |
| | Labour - fixed labour rate required including setting material/grout | 17 | NR | 286.50 | 4,870.50 |
| | | | **TOTAL EC$:** | | 7,544.96 |

## P 103 - AUA SUPERSTRUCTURE WORKS
## Deleted Items - Library Buildings

**◪◪LEEWARD**

| ITEM | DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT EC$ |
|------|-------------|----------|------|------|------------|
| IX | **PAINTING AND FINISHES** | | | | |
| 1 | Providing and painting **external** surface with trowellex including feature bands/grooves etc of approved colour all as per manufacturers instructions and directions inlcuding scaffolding etc., complete at all levels. | 3,040 | YD² | 74.95 | 227,848.00 |
| 2 | Preparing surface and painting with Traveltex fine grade **internally,** Plastic emulsion paint of approved colour including providing and removing scaffolding, finishing etc., complete | | | | |
| | Ground Floor | 3,450 | YD² | 74.95 | 258,577.50 |
| | First Floor | 1,835 | YD² | 74.95 | 137,533.25 |
| | Second Floor | 1,355 | YD² | 74.95 | 101,557.25 |
| | Terrace | 215 | YD² | 74.95 | 16,114.25 |
| 3 | Preparing surface and painting with 2 coats of latex emultion of approved colour and make over a coat of primer for ceiling internal surfaces as per directions including providing and removing scaffolding, finishing etc., complete in all floors. | | | | |
| | Ground Floor | 5,330 | YD² | 19.94 | 106,280.20 |
| | First Floor | 6,370 | YD² | 19.94 | 127,017.80 |
| | Second Floor | 4,630 | YD² | 19.94 | 92,322.20 |
| | Terrace | 75 | YD² | 19.94 | 1,495.50 |
| X | **DOOR AND WINDOWS** (For UPVC as per PVC Windoor inc specification or equivalent) All Door and Window Rates are inserted as a PC Sum rates. | | | | |
| 1 | **DOORS** Providing and fixing Main Entrance Door Double leaf side hung aluminium/UPVC frame(2" x 3") & shutter(2" x 1.2") of 3mm thk with 6mm laminated glass with all necessary accessories .    ED 8'0" x 8' 6" | | | | |
| | Labour - fixed labour rate required including setting material/grout | 1 | NR | 654.85 | 654.85 |
| 2 | Providing and fixing Double leaf side hung door withaluminium/ UPVC frame & shutter with 6mm laminated glass for entrance Door with all necessary accessories with the opening of 5'0" x 8'0" | | | | |
| | Labour - fixed labour rate required including setting material/grout | 8 | NR | 459.13 | 3,673.04 |
| | | | | c/fwd: | 1,073,073.84 |

| ITEM | DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT EC$ |
|---|---|---|---|---|---|
| | | | | b/fwd: | 1,073,073.84 |
| | **DOORS (continued)** | | | | |
| 3 | Providing and fixing Double leaf side hung  pressed door of steel frame 2.5"X5" with1.5" shutter of 1.5 mm th steel sheet on both sides with 2 hr fire proof with all necessary accessories . D1  of size  4'0" x 8'0" | | | | |
| | Labour – fixed labour rate required including setting material/grout | 16 | NR | 295.40 | 4,726.40 |
| 4 | Providing and fixing Single leaf side hung door with Aluminium/UPVC frame & shutter with infill panel of 30mm particle board finished with 1mm laminate on both sides with all necessary accessories for Admission room,office area with the opening size of 3'6" x 8'0" | | | | |
| | Labour – fixed labour rate required including setting material/grout | 5 | NR | 245.25 | 1,226.25 |
| 5 | Providing and fixing Single leaf side hung door with UPVC shutter & frame toilet entrance door with all necessary accessories with opening of 3'0" x 8'0" | | | | |
| | Labour – fixed labour rate required including setting material/grout | 22 | NR | 245.25 | 5,395.50 |
| 6 | Providing and fixing Single leaf side hung door with UPVC shutter & frame toilet entrance door with all necessary accessories  opening of 2'9" x 8'0" | | | | |
| | Labour – fixed labour rate required including setting material/grout | 71 | NR | 245.25 | 17,412.75 |
| | **WINDOWS** | | | | |
| 1 | Providing and fixing Aluminium/UPVC fixed window with 6mm laminated glass with all necessary accessories with opening size of 3'0" x 8'0" | | | | |
| | Labour – fixed labour rate | 6 | NR | 429.44 | 2,576.64 |
| 2 | Providing and fixing Two track  Aluminium/UPVC  frame( 2½" x 2½")  horizantal sliding shutter with 6mm laminated glass with all necessary accessories  with opening size of 7'10" x 5'0" | | | | |
| | Labour – fixed labour rate | 94 | NR | 549.47 | 51,650.18 |
| 3 | Providing and fixingTwo track  fixed aluminium/UPVC  frame( 2½" x 2½")  horizontal sliding shutter with  6mm laminated glass with all necessary accessories with opening size of 6'0" x5'0" | | | | |
| | Labour – fixed labour rate | 68 | NR | 408.65 | 27,788.20 |
| 4 | Providing and fixing Two track  fixed Aluminium/UPVC  frame( 2½" x 2½")  horizantal sliding shutter with 6mm laminated glass with all necessary accessories with opening size of 4'0" x5'0" | | | | |
| | Labour – fixed labour rate | 10 | NR | 408.65 | 4,086.50 |
| | | | | c/fwd: | 1,187,936.26 |

| ITEM | DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT EC$ |
|---|---|---|---|---|---|
| | | | | b/fwd: | 1,187,936.26 |
| 1 | **VENTILATORS**<br>Providing and fixing Toilet Ventilator aluminium/UPVC  frame & shutter with 6mm laminated glass louvers. Of the size of 6'0" x 5'0" | | | | |
| | Labour – fixed labour rate | 6 | NR | 408.65 | 2,451.90 |
| 2 | Providing and fixing Toilet Ventilator Aluminium/ UPVC   frame & shutter with 6mm laminated glass louvers with all necessary accessories . Of the size of 4'0" x 5'0" | | | | |
| | Labour – fixed labour rate | 14 | NR | 408.65 | 5,721.10 |
| | | | | **TOTAL EC$:** | **1,196,109.26** |