


UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LEEWARD CONSTRUCTION COMPANY, LTD.

                    Petitioner,

     -against-

AMERICAN UNIVERSITY OF ANTIGUA --
COLLEGE OF MEDICINE AND MANIPAL
EDUCATION AMERICAS, LLC f/k/a GCLR, LLC

                    Respondents.
------------------------------------------------------------x

Case No. 1:12-CV-06280-LAK/GWG
(ECF CASE)

Honorable Lewis A. Kaplan
United States District Judge

**STIPULATION EXTENDING
PETITIONER'S TIME TO
OPPOSE RESPONDENTS'
CROSS-MOTION AND
RESPONDENTS' TIME TO
REPLY TO PETITIONER'S
<u>OPPOSITION</u>**

       **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys for the parties to the above-captioned matter that Petitioner Leeward Construction Company Ltd.'s time to reply to and oppose Respondents American University of Antigua – College of Medicine and Manipal Education Americas, LLC f/k/a GCLR, LLC's cross-motion to dismiss pursuant to *forum non conveniens* and Fed. R. Civ. P. 12(b)(6) or in the alternative, to vacate or modify the arbitration award, is extended up to and including October 16, 2012. The Respondents' time to reply to their cross-motion is extended up to and including November 1, 2012.

Dated: October 1, 2012
       Poughkeepsie, New York

LEWIS & GREER, P.C.

_____
Veronica A. McMillan, Esq. (VM 1107)
*Attorney for Petitioner*
*Leeward Construction Company, Ltd.*
510 Haight Avenue, P.O. Box 2990
Poughkeepsie, New York 12603
Telephone: (845) 454-1200
Poughkeepsie, New York 12603
Telephone: (845) 454-1200

SILLS, CUMMIS & GROSS, P.C.

_____
Katherine M. Lieb, Esq.
*Attorney for Respondents*
*American University of Antigua – College of Medicine and Manipal Education Americas, LLC f/k/a GCLR, LLC*
Thirty Rockefeller Center
New York, New York 10112
Telephone: (212) 653-7000

SO ORDERED:

_____
Lewis A. Kaplan, U.S.D.J.

10/3/12