UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LEEWARD CONSTRUCTION COMPANY,
LTD.,

        Petitioner,

   v.

AMERICAN UNIVERSITY OF ANTIGUA –
COLLEGE OF MEDICINE and MANIPAL
EDUCATION AMERICAS, LLC f/k/a GCLR,
LLC,

        Respondents.
------------------------------------------------------------x

Case No. 1:12-CV-06280 (LAK)(GWG)
(ECF Case)

**AMENDED RULE 7.1 STATEMENT
FOR AMERICAN UNIVERSITY
OF ANTIGUA –
<u>COLLEGE OF MEDICINE</u>**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondent American University of Antigua -- College of Medicine ("AUA") provides this amended Corporate Disclosure Statement. AUA is a wholly-owned subsidiary of Manipal Education Americas LLC. Manipal Education Americas LLC is a wholly-owned subsidiary of Manipal Education (Mauritius) Pvt. Ltd., which is a wholly-owned subsidiary of Manipal Global Education Services Pvt. Ltd.  Manipal Academic Services International is the parent corporation of Manipal Global Education Services Pvt. Ltd.  Manipal Academic Services International is a wholly-owned subsidiary of MEMG International, Ltd.  MEMG International, Ltd. has no parent corporation, and no publicly held corporation holds 10% or more of the stock of any of the foregoing entities.

2197401 v1

Dated: New York, New York
       October 15, 2012

**SILLS CUMMIS & GROSS P.C.**
30 Rockefeller Plaza
New York, New York 10112
(212) 643-7000

By: s/ Katherine M. Lieb
    MICHAEL B. GOLDSMITH
    KATHERINE M. LIEB

*Attorneys for Respondents*
*American University in Antigua – College of Medicine and Manipal Education Americas, LLC f/k/a GCLR LLC*

2197401 v1