UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LEEWARD CONSTRUCTION COMPANY, LTD.,

        Petitioner,

    v.

AMERICAN UNIVERSITY OF ANTIGUA – COLLEGE OF MEDICINE and MANIPAL EDUCATION AMERICAS, LLC f/k/a GCLR, LLC,

        Respondents.
------------------------------------------------------------x

Case No. 1:12-CV-06280 (LAK)(GWG)
(ECF Case)

**AMENDED RULE 7.1 STATEMENT FOR MANIPAL <u>EDUCATION AMERICAS, LLC</u>**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondent Manipal Education Americas LLC ("MEA") provides this Corporate Disclosure Statement. MEA is a wholly-owned subsidiary of Manipal Education (Mauritius) Pvt. Ltd., which is a wholly-owned subsidiary of Manipal Global Education Services Pvt. Ltd. Manipal Academic Services International is the parent corporation of Manipal Global Education Services Pvt. Ltd. Manipal Academic Services International is a wholly-owned subsidiary of MEMG International, Ltd. MEMG International, Ltd. has no parent corporation, and no publicly held corporation holds 10% or more of the stock of any of the foregoing entities.

Dated: New York, New York
       October 15, 2012

                                        **SILLS CUMMIS & GROSS P.C.**
                                        30 Rockefeller Plaza
                                        New York, New York 10112
                                        (212) 643-7000

                                        By: <u>s/ Katherine M. Lieb</u>
                                            MICHAEL B. GOLDSMITH
                                            KATHERINE M. LIEB
                                        *Attorneys for Respondents*
                                        *American University in Antigua – College of Medicine and Manipal Education Americas, LLC f/k/a GCLR LLC*

2197398 v1