# Exhibit A



<-><-></->



Contact Us | AUA - Caribbean
www.auamed.org/node/895
american university antigua
Search
Safe Web
Identity Safe
AUA
AMERICAN UNIVERSITY OF ANTIGUA
INFO SEMINARS
REQUEST LITERATURE
CALENDAR
CONTACT
FACULTY
ABOUT AUA
SCHOOLS
ADMISSIONS
STUDENT LIFE
ADMISSIONS > CONTACT US
CONTACT US
EMAIL
SHARE
PRINT
How to contact the Manipal Education Americas, Agent for the American University of Antigua:
MAIN SWITCHBOARD: 1-212-661-8899
ADMISSIONS & APPLICANT SERVICES
Phone: 1-888-282-8633 (1-888-AUA-UMED)
Fax: 1-973-498-7707
Email: admissions@auamed.org
STUDENT FINANCIAL SERVICES
Phone: 1-877-666-9485
Fax: 1-646-417-6220
Email: studentfinancialservices@auamed.org
REGISTRAR
Phone: 1-800-509-4218
College of Medicine
KMCIC
Request Literature
STUDENT BLOGS
Find out about life at AUA firsthand from our students.
Read Blogs
start
Contact Us | AUA - C...
Document1 - Microsoft ...



Contact Us | AUA - Caribbean
www.auamed.org/node/895
american university antigua Search Safe Web Identity Safe

BURSAR

Phone: 1-800-509-4218
Fax: 1-732-358-0200
Email: bursar@auamed.org

CLINICAL

Phone: 1-888-282-6002
Fax: 1-646-390-4947
Email: csd@auamed.org

The telephone numbers listed above are for Manipal Education Americas, LLC, Agent for American University of Antigua

**MAILING ADDRESS**

Manipal Education Americas, LLC, Agent for American University of Antigua
College of Medicine
Kasturba Medical College International Center
One Battery Park Plaza, 33rd Floor
New York, NY 10004

**OR**

**American University of Antigua**
University Park
Jabberwock Beach Road
PO Box W1451
Coolidge
Antigua

start Contact Us | AUA - C... Document1 - Microsof... 1:57 PM

Contact Us | AUA - Caribbear

www.auamed.org/node/895

american university antigua Search Safe Web Identity Safe

## GRADUATE SUCCESS

- Find out where our graduates are in the U.S. and Canada

## AFFILIATIONS

- Explore where our students fulfill their clinical rotations

## APPLY NOW

- Your journey starts here
- Admissions information and fees

## MORE INFO

- Request literature
- Information Seminars

VIRTUAL TOUR : CONTACT US : RESOURCES : DISCLAIMER

COPYRIGHT © 2012 AUA. ALL RIGHTS RESERVED

MANIPAL EDUCATION AMERICAS, LLC AGENT FOR
AMERICAN UNIVERSITY OF ANTIGUA
ONE BATTERY PARK PLAZA, 33RD FLOOR
NEW YORK, NY 10004

TOLL FREE ADMISSIONS LINE: 1.888.282.8633
GENERAL QUESTIONS: 1.212.661.8899

AMERICAN UNIVERSITY OF ANTIGUA

www.auamed.org/residency-placements-for-2012

start Contact Us | AUA - C... Document1 - Microsof... 1:57 PM

Administration | AUA - Caribb
www.auamed.org/faculty/directory/administration/all
american university antigua
Search
Safe Web
Identity Safe
Par Pre
Associate
Bob Ge
Associate
Brianna
Associate
Thoma
Associate Director of Admissions
Name Par Prem Kumar
Dept Admissions
Email pkumar@auamed.org
Website
Originally from hospitality background (management trainee with the TajGroup), my natural empathy and people skills were honed with every move and new experience. Working with Dr Steven Covey, I soon learnt how each attribute can be a compliment to company ethos and success. Coming from a very academic family, and not being an honors student was a challenge, but it also taug me patience and achievement. My baptism by fire was to take ove recruiting for a group that represented universities in UK, Ireland and Australia. But, I was hooked and I think, I manage to bring all these traits to the fore when talking to, counseling or just listeni to the students and parents. I am proud of the sense of comfort and confidence I am able to project and convey.
Being from India, I am able to relate and understand the Indian descent parents and students and answer their concerns and issues. This has also meant a lot of networking with the diaspora t spread the word and create a tremendous awareness of our programs. This has led to more opportunities to help the compan grow with affiliations and branding.
Living in beautiful Hudson valley (god's own palette), I love being home with my almost human Boxer/ shepherd mix, taffy and my sc who tolerates us both. Reading, television, especially British dram friends, travel and eating out are my relaxation.
Having lived in many continents and travelled extensively, I am ver comfortable meeting and interacting with folks from every strata Life.
E-mail: pkumar@auamed.org
Phone: 1-347-268-4723 / 1-646-834-9194
start
Administration | AUA
Document1 - Microsof
1:40 PM

Administration | AUA - Caribb
www.auamed.org/faculty/directory/administration/all
american university antigua
Search
Safe Web
Identity Safe
Mr. Wilson is the Executive Director of Admissions.
Bob Gelles
College of Medicine/American International College of Arts and Sciences - Antigua
I have been involved in the admissions process for over fifteen years and, at AUA, also function as the Alumni Relations Director. I earned my Bachelor of Arts Degree at Queens College. I have been with AUA since February, 2004 when we ushered in the first class. I consider myself to be so fortunate to have spoken with our students when they first enrolled and see them graduate and begin their residencies. I cannot think of anything better than to be involved with students on both ends. I have always enjoyed speaking with prospective students about their aspirations, and aiding them as they consider our program. I truly love what I do.
I enjoy being at home and traveling with my wife. We enjoy exploring ethnic restaurants and all of the diversity that New York City has to offer as well as hiking and enjoying the outdoors.
E-mail: bgelles@auamed.org
Phone: 1-646-834-9158
Name Bob Gelles
Dept Admissions
Email bgelles@auamed.org
Website
start
Administration | AUA ...
Document1 - Microsof...



## Thomas Morrow

College of Medicine

**Name** Thomas Morrow
**Dept** Admissions
**Email** tmorrow@auamed.org
**Website**

I have been helping students along their career path for ten years, most recently joining the American University of Antigua Admissions team in 2008 as an Associate Director of Admissions. I earned my Bachelor's degree from the College of Wooster in Communication Studies and am currently pursuing a Masters of Business Administration from Plymouth State University. I am familiar with the hard work and dedication it takes to achieve a graduate degree and manage all the other aspects of life.

Representing AUA in the Midwest Region has been a rewarding experience. I enjoy meeting potential students from around the world that are attending colleges and universities here, with a common goal of becoming a doctor.

Growing up in Sandusky, Ohio and enjoying outdoor activities on Lake Erie, boating became my hobby. As a current member and past president of the Wooster Ohio Exchange Club, I contribute to a community service organization that focuses on making the community a better place to live through programs in Americanism, community service and youth activities. I currently reside in Poland, Ohio with my wife where together we enjoy traveling and the outdoors with our two sons.

E-mail: tmorrow@auamed.org

Phone: 1-330-398-1785



Administration | AUA - Caribb
www.auamed.org/faculty/directory/administration/all
american university antigua
Search
Safe Web
Identity Safe
Brianna Tolli
Brianna Tolli
College of Medicine
I have been with AUA College of Medicine since 2006. Prior to AUA I was a case manager for a Mental Healthcare agency for three years before making the switch to higher education. I enjoy working in this dynamic field where I am able to help students pursue their dreams of becoming physicians. The position allows me to travel throughout the U.S., meeting new and interesting people every day. I have a BA in Art Therapy and more recently completed my Master's in School Counseling where I am now certified in NY state.
In my spare time I am a personal trainer where I get to combine my love for fitness and helping others.
E-mail: btolli@auamed.org
Phone: 1-917-940-4007
Name Brianna Tolli
Dept Admissions
Email btolli@auamed.org
Website
start
Administration | AUA ...
Document1 - Microsof...

Administration | AUA - Caribb

www.auamed.org/faculty/directory/administration/admissions

american university antigua | Search | Safe Web | Identity Safe

INFO SEMINARS REQUEST LITERATURE CALENDAR CONTACT FACULTY

AUA AMERICAN UNIVERSITY OF ANTIGUA

ABOUT AUA

FACULTY - ADMINISTRA

A B C D E F G H I

## Marie B. McGillycuddy

College of Medicine/American International College of Arts and Sciences - Antigua

Ms. McGillycuddy is the Executive Director for Enrollment Management.

E-mail: mmcgillycuddy@auamed.org
Phone: 1-646-834-9164

| | |
|---|---|
| **Name** | **Marie B. McGillycuddy** |
| **Dept** | **Admissions** |
| **Email** | **mmcgillycuddy@auamed.org** |
| **Website** | |

STUDENT LIFE

Admissions

Applicant Services

Clinical Sciences Services

Student Financial Services

LOGS

about life at AUA, firsthand students

Read Blogs

Marie

Executive

mmcgilly

Norma

Executive

jwilson@a

start | Administration | AUA ... | Document1 - Microsoft ... | 1:50 PM

Administration | AUA - Caribb

www.auamed.org/faculty/directory/administration/admissions

american university antigua Search Safe Web Identity Safe

FACULTY » ADMINISTRATION

EMAIL SHARE PRINT

## Norman Jay Wilson

College of Medicine

I have been an admissions professional since 1983, and a specialist in international medical admissions since 2002. I take great pleasure and pride in recommending deserving, qualified applicants for an opportunity to become caring, compassionate, licensed physicians in the United States. I earned my Bachelor of Arts Degree from Boston College, Chestnut Hill, MA.

I live in Orlando, Florida, with my wife of 22 years, Kimberly, and my fifteen-year old daughter.

We enjoy all of the great weather and activities that Central Florida has to offer, and we have visited most of the major National Parks and several European countries. I enjoy following politics and other current events, walking and following the fortunes of my favorite team, the Boston Red Sox!

**E-mail: jwilson@auamed.org**
**Phone: 1-407-221-1144**

**Name** Norman Jay Wilson
**Dept** Admissions
**Email** jwilson@auamed.org
**Website**

LOGS

start Administration | AUA ... Document1 - Microsof... 1:51 PM