

### Anel De Jesus
College of Medicine/American International College of Arts and Sciences - Antigua

I have been at AUA for over 5 years, interviewing students and helping them make the exciting transition to medical school, and of course, Antigua. I hold a Master of Arts Degree in Educational Psychology. What I enjoy most about my role at AUA, is having the opportunity to meet students from all walks of life, and learn about their unique stories and experiences that have led them to pursue the challenging, yet very rewarding field of medicine.

Although I am originally from New York, I have lived in New Jersey for the past 8 years. I feel fortunate to have "the best of both worlds", as I can enjoy all of the great things that New York City has to offer, along with the tranquility of small town living. In my spare time, I enjoy watching my beloved Yankees, trying new cuisines, and short weekend getaways throughout the tri-state area.

E-mail: adejesus@auamed.org

Phone: 1-646-834-9176

**Name** Anel De Jesus
**Dept** Admissions
**Email** adejesus@auamed.org
**Website**















