# Exhibit B



**GCLR, LLC**

LEWIS & GREER, P.C. -- Re:50% share for tab

| Inv. Date | Type | Inv. No. | | Original Inv. Amt. | Payment Amt. | Balance Due |
|---|---|---|---|---|---|---|
| | | | 05/01/2012 | ****1,711.23*** | | 0.00 |
| 05/01/2012 | | REIMB.FOR 50%TAB | | 1,711.23 | 1,711.23- | |
| | | | | | 1,711.23 | |