it and are waiting.

Many thanks

Kind Regards

Neil Dickinson
*Managing Director.*

**LEEWARD** CONSTRUCTION COMPANY LIMITED.
ALL SAINT'S ROAD, P.O. BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL: (268) 729-0072
FAX: (268) 462-4868

---

**From:** McCary, Kibian [mailto:kmccary@auamed.net]
**Sent:** 20 April 2009 15:02
**To:** Prabhu Marudheri
**Cc:** Greenberg, Corey; Roche, Antony; neil@leeward.ag; paul@leeward.ag
**Subject:** LEEWARD CONSTRUCTION;PAYMENT APPLICATION # 17;PAGES1-20

Dear Prabhu,
Please find attached Payment application #17 of Leeward Construction duly passed for payment amounting to
ECD 3,183,832.95 including ABST. Attachments would be forwarded in 9 parts.
Regards,


Miss. Kibian McCary
Construction Assistant
American University of Antigua, College of Medicine Jabberwock Rd.
P.O. Box W-1451, St. John's, Antigua
Tel: (268) 481-8916
Fax: (268) 481-8924
email:kmccary@auamed.net

```
DISCLAIMER: This message is for the named person's use only. It
may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by
any mis-transmission. If you receive this message in error,
please immediately delete it and all copies of it from your
system, destroy any hard copies of it and notify the sender. You
must not, directly or indirectly, use, disclose, distribute,
print, or copy any part of this message if you are not the
intended recipient. GCLR LLC, and any of its subsidiaries each
reserve the right to monitor all e-mail communications through
its networks. Any views expressed in this message are those of
the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any
such entity.

DISCLAIMER: This message is for the named person's use only. It
may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by
any mis-transmission. If you receive this message in error,
```

10/10/2012

please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. GCLR LLC, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

10/10/2012

 

**ICICI Bank**
**MONEY TRANSFERS**

**APPLICATION FORM**

Please fill out this form in black ink and in BLOCK letters.
All fields with * should be filled in.

### APPLICANT INFORMATION
☐ Mr.  ☐ Mrs.  ☐ Ms.  ☐ Miss  ☐ Dr.

*First Name: MANIPAL  *Last Name: UNIVERSAL LEARNING  Account No.: INTERNATIONAL  *DOB:  *Occupation:

*Address: 10 FRERE FELIX DE VALOIS STREET
*City: PORT LOUIS   *Province:   *Postal Code:
Email Address:   *Phone #: 230-2023000   Fax #: 230-2125265

'Non ICICI Bank customer to provide 2 pieces of identification (ONE VALID PHOTO ID). For the list of acceptable ID's, please refer to the reverse of this form.

### OTHER PARTY INFORMATION (This section must be completed)

Anti-money laundering legislation requires us to obtain the following information. This section is mandatory.
I am conducting this money transfer on behalf of another party who is not an account holder in this application:   ☐ Yes  ☒ No
If yes, please complete the section below.

Name of the Other Party:

Address of the Other Party:

| City | Province | Postal Code | Country |

Occupation or type of business of the Other Party:   Relationship to the Other Party:

Business Incorporation Number (if applicable):   Place of Incorporation (if applicable):

### PAYMENT MODE
☒ Debit ICICI Bank Canada Account No. 01649733   ☐ Cash   ☐ Others

### BENEFICIARY'S DETAILS (for multiple beneficiaries, please submit separate forms)

*Name of Bank: "AS PER ANNEXURE"   *Name of Beneficiary: LEEWARD CONSTRUCTION COMPANY
*Branch Address:   *Account No.:
*IFSC code:   *Street Address: "AS PER ANNEXURE"
  Swift / Micr code:   *City:
*City:   *Province:   *Postal Code:
*Province:   *Postal Code:   *Country:   *Phone #:
*Country:   Phone #:

### DISBURSEMENT MODE
India:   ☐ Credit to account (ICICI Bank, India)   ☐ Draft to beneficiary in India   ☐ EFT / SEFT (India)
        ☐ Draft issued locally in Canada         ☐ Draft to beneficiary's bank in India
Other countries:   ☐ Credit to account (correspondent bank)   ☐ Draft to beneficiary in destination country

### MONEY TRANSFER DETAILS
Amount & Currency:   Amount & Currency: USD 1,184,373.54
(To be debited)                   (to be transferred)
FX Rate:   FX Contract no (if available):
Charges of correspondent bank:   ☒ Applicant   ☐ Beneficiary

* Purpose of Money Transfers: PMT AGST CONSTN COST, BILL #17

## Alana Bartley

| | |
|---|---|
| **From:** | Prabhu Marudheri [pmarudheri@AUAMED.ORG] |
| **Sent:** | Monday, June 22, 2009 8:44 AM |
| **To:** | Neil Dickinson |
| **Cc:** | Antony Roche; Corey Greenberg |
| **Subject:** | Running bill#19 |
| **Attachments:** | 20090622083352098.pdf |

Neil,

Wire transfer has been processed for this bill and the confirmation is attached. Please let me know if you have any questions.

Thanks

*Prabhu Marudheri*
*Director of Institutional Development and Financial Controls*
*American University of Antigua*
*College of Medicine C/O GCLR LLC*
*Desk: 212-661-8899 Extn 171*
*Cell: 516-369-8406*
*Fax: 646-514-1878*
*Email: pmarudheri@auamed.org*

DISCLAIMER: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. GCLR LLC, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

https://businessacce—itibank.citigroup.com/cbusol/wires/WTdisplay...

Main Menu > Transfers and Payments >                                              Help

# FOREIGN WIRE USING MODEL

**WIRE:** From Account: 9941998184   Currency: US Dollars

**Status:** Processed - Confirmation Number is 1730494134.

**Wire Fee:** $20.00

| Beneficiary | Bank |
|---|---|
| Leeward Construction | Name: ABI BANK LTD. |
| | Address: 156, REDCLIFFE ST. ST. JOHN'S Antigua and Barbuda |
| | Intermediary Bank: ABA: 026009593 / Name: BANK OF AMERICA, N.A., NY / State: New York |
| | SWIFT/BIC: ANBIAGAG |

Beneficiary's Account number: 300118635

Amount:     $596,291.25
Date of transfer: Immediate

Special Instructions:
ABI Bank Ltd acct#6550-6-52034 with Bank of America

Save as Model    Model Name: LEEWARD CONSTRUCTION

Process another Wire

**EXHIBIT G**









BURSAR

Phone: 1-800-509-4218
Fax: 1-732-358-0200
Email: bursar@auamed.org

CLINICAL

Phone: 1-888-282-6002
Fax: 1-646-390-4947
Email: csd@auamed.org

The telephone numbers listed above are for Manipal Education Americas, LLC, Agent for American University of Antigua

**MAILING ADDRESS**

Manipal Education Americas, LLC, Agent for American University of Antigua
College of Medicine
Kasturba Medical College International Center

One Battery Park Plaza, 33rd Floor
New York, NY 10004

OR

**American University of Antigua**
University Park
Jabberwock Beach Road
PO Box W1451
Coolidge
Antigua





**Name** Par Prem Kumar
**Dept** Admissions
**Email** pkumar@auamed.org
**Website**

Originally from hospitality background (management trainee with the TajGroup), my natural empathy and people skills were honed with every move and new experience. Working with Dr Steven Covey, I soon learnt how each attribute can be a compliment to company ethos and success. Coming from a very academic family, and not being an honors student was a challenge, but it also taug me patience and achievement. My baptism by fire was to take ove recruiting for a group that represented universities in UK, Ireland and Australia. But, I was hooked and I think, I manage to bring all these traits to the fore when talking to, counseling or just listeni to the students and parents. I am proud of the sense of comfort and confidence I am able to project and convey.

Being from India, I am able to relate and understand the Indian descent parents and students and answer their concerns and issues. This has also meant a lot of networking with the diaspora t spread the word and create a tremendous awareness of our programs. This has led to more opportunities to help the compan grow with affiliations and branding.

Living in beautiful Hudson valley (god's own palette), I love being home with my almost human Boxer/ shepherd mix, taffy and my sc who tolerates us both. Reading, television, especially British dram friends, travel and eating out are my relaxation.

Having lived in many continents and travelled extensively, I am ver comfortable meeting and interacting with folks from every strata Life.

E-mail: pkumar@auamed.org

Phone: 1-347-268-4723 / 1-646-834-9194



# Bob Gelles

College of Medicine/American International College of Arts and Sciences - Antigua

I have been involved in the admissions process for over fifteen years and, at AUA, also function as the Alumni Relations Director. I earned my Bachelor of Arts Degree at Queens College. I have been with AUA since February, 2004 when we ushered in the first class. I consider myself to be so fortunate to have spoken with our students when they first enrolled and see them graduate and begin their residencies. I cannot think of anything better than to be involved with students on both ends. I have always enjoyed speaking with prospective students about their aspirations, and aiding them as they consider our program. I truly love what I do.

I enjoy being at home and traveling with my wife. We enjoy exploring ethnic restaurants and all of the diversity that New York City has to offer as well as hiking and enjoying the outdoors.

E-mail: bgelles@auamed.org

Phone: 1-646-834-9158

**Name** Bob Gelles
**Dept** admissions
**Email** bgelles@auamed.org
**Website**



Bob Gelles

**Thomas Morrow**
College of Medicine

I have been helping students along their career path for ten years, most recently joining the American University of Antigua Admissions team in 2008 as an Associate Director of Admissions. I earned my Bachelor's degree from the College of Wooster in Communication Studies and am currently pursuing a Masters of Business Administration from Plymouth State University. I am familiar with the hard work and dedication it takes to achieve a graduate degree and manage all the other aspects of life.

Representing AUA in the Midwest Region has been a rewarding experience. I enjoy meeting potential students from around the world that are attending colleges and universities here, with a common goal of becoming a doctor.

Growing up in Sandusky, Ohio and enjoying outdoor activities on Lake Erie, boating became my hobby. As a current member and past president of the Wooster Ohio Exchange Club, I contribute to a community service organization that focuses on making the community a better place to live through programs in Americanism, community service and youth activities. I currently reside in Poland, Ohio with my wife where together we enjoy traveling and the outdoors with our two sons.

E-mail: tmorrow@auamed.org

Phone: 1-330-398-1785

| | |
|---|---|
| Name | Thomas Morrow |
| Dept | Admissions |
| Email | tmorrow@auamed.org |
| Website | |



### Brianna Tolli
College of Medicine

I have been with AUA College of Medicine since 2006. Prior to AUA I was a case manager for a Mental Healthcare agency for three years before making the switch to higher education. I enjoy working in this dynamic field where I am able to help students pursue their dreams of becoming physicians. The position allows me to travel throughout the U.S., meeting new and interesting people every day. I have a BA in Art Therapy and more recently completed my Master's in School Counseling where I am now certified in NY state.

In my spare time I am a personal trainer where I get to combine my love for fitness and helping others.

E-mail: btolli@auamed.org

Phone: 1-917-940-4007

| | |
|---|---|
| Name | Brianna Tolli |
| Dept | Admissions |
| Email | btolli@auamed.org |
| Website | |