## Anel De Jesus

College of Medicine/American International College of Arts and Sciences - Antigua

I have been at AUA for over 5 years, interviewing students and helping them make the exciting transition to medical school, and of course, Antigua. I hold a Master of Arts Degree in Educational Psychology. What I enjoy most about my role at AUA, is having the opportunity to meet students from all walks of life, and learn about their unique stories and experiences that have led them to pursue the challenging, yet very rewarding field of medicine.

Although I am originally from New York, I have lived in New Jersey for the past 8 years. I feel fortunate to have "the best of both worlds", as I can enjoy all of the great things that New York City has to offer, along with the tranquility of small town living. In my spare time, I enjoy watching my beloved Yankees, trying new cuisines, and short weekend getaways throughout the tri-state area.

E-mail: adejesus@auamed.org

Phone: 1-646-834-9176

**Name**   Anel De Jesus
**Dept**   Admissions
**Email**   adejesus@auamed.org
**Website**





**Betsy Suarez**
College of Medicine

Ms. Suarez is an Admissions Coordinator for applicants with last names beginning from A through H.
E-mail: bsuarez@auamed.org
Phone: 1-646-834-9169

| | |
|---|---|
| **Name** | Betsy Suarez |
| **Dept** | Admissions - Applicant Services |
| **Email** | bsuarez@auamed.org |
| **Website** | |





## Carla Potter

College of Medicine

Ms. Potter is an Assistant Bursar.
E-mail: cpotter@auamed.org
Phone: 1-646-834-9177

**Name**   Carla Potter
**Dept**   Bursar
**Email**   cpotter@auamed.org
**website**

Administration | AUA - Caribb ×

www.auamed.org/faculty/directory/administration/all

Search ▾   Safe Web ▾   Identity Safe ▾

american university antigua

## Eric Schwejlih

College of Medicine

Mr. Schwejlih is the Collections Specialist.

E-mail: eschwejlih@auamed.org

Phone: 1-646-834-9185

**Picture Coming Soon**

**Name**    Eric Schwejlih
**Dept**    Bursar
**Email**   eschwejlih@auamed.org
**Website**

Anna
Assistan
sing@a

Eric S
collecti
eschwej
Mr. Sch

Peter
Vice Pre
Dr. Petr



www.auamed.org/faculty/directory/administration/all

Ms. Pimentel is a Clinical Coordinator for students with last names A through F.

**Joenith Alicea**
College of Medicine

Ms. Alicea is the Document Specialist for New Clinical Students with last names from A - L.
E-mail: jalicea@auamed.org
Phone: 1-212-661-8899, Ext. 182

Name    Joenith Alicea
Dept    Clinical Clerkship Management
Email   jalicea@auamed.org
Website



**Craig Hauser**
College of Medicine

Mr. Hauser is the Director of Student Services / Senior Associate
Registrar.
E-mail: chauser@auamed.org
Phone: 1-646-834-9162

Name    Craig Hauser
Dept    Registrar
Email   chauser@auamed.org
website



**Desiree Barnes**

College of Medicine

Ms. Barnes is Assistant Registrar.
E-mail: dbarnes@auamed.org
Phone: 1-646-834-9153

Name    Desiree Barnes
Dept     Registrar
Email    dbarnes@auamed.org
Website