



**Stanley Jean-Louis**
College of Medicine

Mr. Jean-Louis is a Debt Management Counselor.

E-mail: sjeanlouis@auamed.org
Phone: 1-646-834-9187

| | |
|---|---|
| Name | Stanley Jean-Louis |
| Dept | Student Financial Services |
| Email | sjeanlouis@auamed.org |
| Website | |



### Marisol Tejeda
College of Medicine

Ms. Tejeda is a Student Financial Services Officer.

E-mail: mtejeda@auamed.org
Phone: 1-646-834-9184

Name  Marisol Tejeda
Dept  Student Financial Services
Email  mtejeda@auamed.org
Website





## FACULTY · ADMINISTRATION

### Norman Jay Wilson
College of Medicine

I have been an admissions professional since 1983, and a specialist in international medical admissions since 2002. I take great pleasure and pride in recommending deserving, qualified applicants for an opportunity to become caring, compassionate, licensed physicians in the United States. I earned my Bachelor of Arts Degree from Boston College, Chestnut Hill, MA.

I live in Orlando, Florida, with my wife of 22 years, Kimberly, and my fifteen-year old daughter.

We enjoy all of the great weather and activities that Central Florida has to offer, and we have visited most of the major National Parks and several European countries. I enjoy following politics and other current events, walking and following the fortunes of my favorite team, the Boston Red Sox!

**Name** Norman Jay Wilson
**Dept** Admissions
**Email** jwilson@auamed.org
**Website**

E-mail: jwilson@auamed.org
Phone: 1-407-221-1144