**EXHIBIT E**

WARNING: DO NOT CASH THIS INTUIT® CheckLock™ SECURE CHECK IF ANY FEATURES LISTED ON BACK INDICATE TAMPERING OR COPYING.

**GCLR, LLC**
12 Wall Street 10th Floor
New York, NY 10005
(212) 961-8889

12764

CITIBANK NA
NEW YORK NY 10013

05/01/2012

$ ****1,711.23****

ONE THOUSAND SEVEN HUNDRED ELEVEN AND 23/100 DOLLARS

PAY TO THE
ORDER OF:  Lewis & Greer, P.C.

Lewis & Greer, P.C. (Attn Melinda Berfinh)
510 Haight Avenue, Suite 202
Poughkeepsie NY 12603

MEMO: Re:50% share for tab

---

**GCLR, LLC**

LEWIS & GREER, P.C.  --  Re:50% share for tab

| Inv. Date | Type | Inv. No. | Original Inv. Amt. | Payment Amt. |
|---|---|---|---|---|
| | | 05/01/2012 | ****1,711.23**** | |
| 05/01/2012 | REIMB.FOR 50%TAB | | 1,711.23 | 1,711.23 |
| | | | | 1,711.23 |

Balance Due   0.00

12764