**EXHIBIT F**

## Alana Bartley

| | |
|---|---|
| **From:** | Corey Greenberg [cgreenberg@AUAMED.ORG] |
| **Sent:** | Friday, October 31, 2008 1:10 PM |
| **To:** | Neil Dickinson |
| **Cc:** | colantony@auamed.net |
| **Subject:** | FW: Leeward wire transfer |

**Attachments:** 20081031115416027.pdf

Neil,
Attached is documentation of the transfer. It was slightly delayed this morning because our accounts staff found some open bills you had not included, albeit quite small sums, they have been added to your figures presented to us. Call the bank and get your money.

Cheers

Corey Greenberg
Chief Operating Officer
AUA College of Medicine
C/O Greater Caribbean Learning Center
New York, NY 10005
Tel: 212-661-8899 ext. 121
Fax: 646-390-4943

---

**From:** Prabhu Marudheri
**Sent:** Friday, October 31, 2008 1:06 PM
**To:** Matt Petersen
**Cc:** 'Roche,Antony'; Corey Greenberg; 'Anand Sudarshan [MUL]'; Shriniwas Joshi [MUL]; Lt. Col P S Shetti [MEMG]
**Subject:** Leeward wire transfer

Matt,

An amount of US$500,577.42 was wire transferred to Leeward. As discussed, I wired directly into their account instead of routing it through our ABIB bank account. The confirmation is attached for your reference.

Let me know if you have any questions.

Thanks.

*Prabhu Marudheri*
*Director of Institutional Development and Financial Controls*
*American University of Antigua*
*College of Medicine C/O GCLR LLC*
*Desk: 212-661-8899 Extn 171*
*Cell: 516-369-8406*
*Fax: 646-514-1878*
*Email: pmarudheri@auamed.org*

DISCLAIMER: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You

10/10/2012

must not, directly or indirectly, use, disclose, distribute,
print, or copy any part of this message if you are not the
intended recipient. GCLR LLC, and any of its subsidiaries each
reserve the right to monitor all e-mail communications through
its networks. Any views expressed in this message are those of
the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any
such entity.

10/10/2012

Main Menu > Transfers and Payments >                                    Help

# DOMESTIC WIRE USING MODEL

WIRE:     From Account: **9975368519**   Currency: **US Dollars**

Status:     **Processed - Confirmation Number is 3050444825.**

Wire Fee:   **$12.50**

| Beneficiary<br>ANTIGUA BARBUDA INVESTMENT BANK | Bank<br>Name: BANK OF AMERICA, N.A., NY<br>ABA: 026009593<br>Address: New York , NY |
|---|---|

Beneficiary's Account number: **6550-6-52034**

Amount:         **$500,577.42**
Date of transfer: **Immediate**
Description:     **bill#11 and retentions release**

Special Instructions:
Further Credit to: ABI Bank
Acct Name: Leeward Construct

Account #: 300118635

[ Save as Model ]   Model Name: LEEWARD CONSTRUCTION

[ Process another Wire ]

| | EC$ | US$ |
|---|---|---|
| New Campus Phase II Foundation retention | 78,492.25 | 29,198.81 |
| Sewer Treatment Plant | 19,603.16 | 7,292.30 |
| Temporary vendor pads | 889.15 | 330.76 |
| Culvert pavings | 327.77 | 121.93 |
| Transformer pads | 184.10 | 68.48 |
| Phase I foundations | 138,451.98 | 51,503.60 |
| Sundry dayworks | 4,604.36 | 1,712.80 |
| Timber railings to culvert | 788.60 | 293.36 |
| Running bill # 11 | 1,102,310.84 | 410,055.37 |
| | 1,345,652.21 | 500,577.42 |

## Alana Bartley

| | |
|---|---|
| **From:** | Prabhu Marudheri [pmarudheri@AUAMED.ORG] |
| **Sent:** | Tuesday, November 04, 2008 10:48 AM |
| **To:** | Neil Dickinson |
| **Cc:** | Corey Greenberg; Andy Green; Robert Winwood; Peter Netherclift; Roche,Antony; Matt Petersen; Lt. Col P S Shetti [MEMG] |
| **Subject:** | RE: [Junk released by Allowed List] RE: Release of interim mobilisation advance |

**Attachments:** 20081104104308344.pdf

Neil,

Please find attached wire transfer confirmation for the EC$1million. Let us know as soon as the funds are credited into your account.

Thanks.

*Prabhu Marudheri*
*Director of Institutional Development and Financial Controls*
*American University of Antigua*
*College of Medicine C/O GCLR LLC*
*Desk: 212-661-8899 Extn 171*
*Cell: 516-369-8406*
*Fax: 646-514-1878*
*Email: pmarudheri@auamed.org*

---

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** Tuesday, November 04, 2008 10:34 AM
**To:** 'Roche, Antony'; budroche_50@yahoo.com
**Cc:** Corey Greenberg; Prabhu Marudheri; Andy Green; Robert Winwood; 'Peter Netherclift'
**Subject:** [Junk released by Allowed List] RE: Release of interim mobilisation advance

Col. Antony

Without prejudice, following our meeting this morning, I can confirm that EC$ 1,345,642.22 has been received into our account at approximately 10:00am this morning.

Additionally, I can confirm that providing AUA can provide confirmation of the transfer of EC$ 1,000,000.00 by noon today Leeward will commence re-mobilisation of the site on Wednesday 5th November 2008.

To confirm our conversation Leeward still require AUA written response to our email sent Thursday 30th October 2008, a copy of which was hand delivered today.

I await AUA's response soonest.

Kind Regards

Neil Dickinson
*Projects Director.*
**LEEWARD** *CONSTRUCTION COMPANY LIMITED.*
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag

10/10/2012

**OFFICE:** (268) 462-0071
**CELL:**    (268) 729-0072
**FAX:**     (268) 462-4868

---

**From:** Roche, Antony [mailto:colantony@auamed.net]
**Sent:** 03 November 2008 22:37
**To:** Neil Dickinson
**Cc:** Greenberg, Corey Ext.; Prabhu Marudheri
**Subject:** Re: Release of interim mobilisation advance

Dear Neil,

This refers to our discussion on the said subject. I am pleased to inform you that the Management has agreed to release an interim payment of EC$ 1,000,000.00 (EC$ one million only), towards mobilization advance pending the furnishing of the mobilization bond by LC. Please intimate the date of resuming work at site to enable our Management to deposit the funds into you're a/c within 24 hours.

An early confirmation is requested.

With best regards


Lt Col Roche Antony
General Manager- Project
AUA, College of Medicine
email: colantony@auamed.net
Tel: 268 481-8918
Mobile: 268 764- 4915
Fax: 268 481-8924


DISCLAIMER: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. GCLR LLC, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

Main Menu > Transfers and Payments >                                            Help

# DOMESTIC WIRE USING MODEL

**WIRE:**   From Account: **9975368519**   Currency: **US Dollars**

Status:   **Processed - Confirmation Number is 3090229887.**

Wire Fee:   **$12.50**

| Beneficiary<br>ANTIGUA BARBUDA INVESTMENT BANK | Bank<br>Name: BANK OF AMERICA, N.A., NY<br>ABA: 026009593<br>Address: New York , NY |
|---|---|

Beneficiary's Account number: **6550-6-52034**

Amount:   **$371,996.13**
Date of transfer: **Immediate**
Description:   **interim mobilization advance**

Special Instructions:
Further Credit to: ABI Bank
Acct Name: Leeward Construct

Account #: 300118635

[ Save as Model ]   Model Name: [ LEEWARD CONSTRUCTION ]

[ Process another Wire ]

## Alana Bartley

| | |
|---|---|
| **From:** | Prabhu Marudheri [pmarudheri@AUAMED.ORG] |
| **Sent:** | Wednesday, November 19, 2008 12:44 PM |
| **To:** | Neil Dickinson |
| **Cc:** | Neil Dickinson; Corey Greenberg; Matt Petersen; Yves YG. Georges; Roche, Antony |
| **Subject:** | RE: Leeward Construction Comapny Ltd.;Payment # 12 |

**Attachments:** 20081119124032255.pdf

Neil,

Wire transfer towards bill #12 has been completed – attached is the confirmation. Please let me know if you have any questions.

Thanks.

*Prabhu Marudheri*
*Director of Institutional Development and Financial Controls*
*American University of Antigua*
*College of Medicine C/O GCLR LLC*
*Desk: 212-661-8899 Extn 171*
*Cell: 516-369-8406*
*Fax: 646-514-1878*
*Email: pmarudheri@auamed.org*

---

**From:** Corey Greenberg
**Sent:** Tuesday, November 18, 2008 9:44 PM
**To:** Prabhu Marudheri; Matt Petersen; Yves YG. Georges; Roche, Antony
**Cc:** Neil Dickinson
**Subject:** FW: Leeward Construction Comapny Ltd.;Payment # 12

Please accept this email as authorization to pay Leeward construction a total invoice amount of EC$ 856,354.74 broken as payment #12 invoice amount EC$ 718,588.47 and two outstanding ABST invoices #12 EC$ 107,788.27 and #10  EC$ 29,978.00 Please code to new campus construction phase I.  All wiring information is on file.

Regards,


Corey Greenberg

Chief Operating Officer

AUA College of Medicine

C/O Greater Caribbean Learning Center


10/10/2012

New York, NY 10005

Tel: 212-661-8899 ext. 121

Fax: 646-390-4943

---

**From:** McCary, Kibian [mailto:kmccary@auamed.net]
**Sent:** Monday, November 17, 2008 9:42 AM
**To:** Corey Greenberg
**Cc:** Roche, Antony; neil@leeward.ag
**Subject:** Leeward Construction Comapny Ltd.;Payment # 12

Dear Mr. Greenberg,

Please find attached Payment application #12 of Leeward Construction duly passed for payment
amounting to ECD $856,354.74 including ABST.

Regards,

**Miss. Kibian McCary**

**Construction Assistant**

**American University of Antigua, College of Medicine**

**Jabberwock Rd.**

**P.O. Box W-1451, St. John's, Antigua**

**Tel: (268) 481-8916**

**Fax: (268) 481-8924**

**email: kmccary@auamed.net**



DISCLAIMER: This message is for the named person's use only. It
may contain confidential, proprietary or legally privileged
information. No confidentiality or privilege is waived or lost by
any mis-transmission. If you receive this message in error,

please immediately delete it and all copies of it from your
system, destroy any hard copies of it and notify the sender. You
must not, directly or indirectly, use, disclose, distribute,
print, or copy any part of this message if you are not the
intended recipient. GCLR LLC, and any of its subsidiaries each
reserve the right to monitor all e-mail communications through
its networks. Any views expressed in this message are those of
the individual sender, except where the message states otherwise
and the sender is authorized to state them to be the views of any
such entity.

Main Menu > Transfers and Payments >                                    Help

# DOMESTIC WIRE USING MODEL

| | |
|---|---|
| WIRE: | From Account: **9975368519**   Currency: **US Dollars** |
| Status: | **Processed** - Confirmation Number is **3240241845**. |
| Wire Fee: | **$12.50** |

| Beneficiary | Bank |
|---|---|
| **ANTIGUA BARBUDA INVESTMENT BANK** | Name: **BANK OF AMERICA, N.A., NY**<br>ABA: **026009593**<br>Address: New York , NY |

Beneficiary's Account number: **6550-6-52034**

| | |
|---|---|
| Amount: **$318,560.65** | Special Instructions: |
| Date of transfer: **Immediate** | Further Credit to: ABI Bank |
| Description: **running bill # 12** | Acct Name: Leeward Construct |
| | Account #: 300118635 |

[ Save as Model ]   Model Name: LEEWARD CONSTRUCTION

[ Process another Wire ]

## Alana Bartley

| | |
|---|---|
| **From:** | Prabhu Marudheri [pmarudheri@AUAMED.ORG] |
| **Sent:** | Wednesday, April 22, 2009 10:12 AM |
| **To:** | Neil Dickinson |
| **Subject:** | RE: LEEWARD CONSTRUCTION;PAYMENT APPLICATION # 17;PAGES1-20 |
| **Attachments:** | New Microsoft Office Word Document.docx |

Neil,

The wire transfer has been initiated on 20th and the wire request copy is attached. Do let me know if you have any questions.

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** Wednesday, April 22, 2009 9:55 AM
**To:** Prabhu Marudheri
**Subject:** RE: LEEWARD CONSTRUCTION;PAYMENT APPLICATION # 17;PAGES1-20

Hi Prabhu

Any news on the transfer document...?

Kind Regards

Neil Dickinson
*Managing Director.*
**LEEWARD** CONSTRUCTION COMPANY LIMITED.
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:   (268) 729-0072
FAX:    (268) 462-4868

**From:** Prabhu Marudheri [mailto:pmarudheri@AUAMED.ORG]
**Sent:** 20 April 2009 16:19
**To:** Neil Dickinson
**Subject:** RE: LEEWARD CONSTRUCTION;PAYMENT APPLICATION # 17;PAGES1-20

Neil,

I will surely do that and in all probabilities, I should have the document to you by tomorrow. Thanks.
Prabhu

**From:** Neil Dickinson [mailto:neil@leeward.ag]
**Sent:** Monday, April 20, 2009 4:13 PM
**To:** Prabhu Marudheri
**Subject:** RE: LEEWARD CONSTRUCTION;PAYMENT APPLICATION # 17;PAGES1-20

Hi Prabhu

Please could we follow the same procedure as last month i.e. send me the transfer document as soon as you have it. The funds seem to get transferred into our account faster once the bank know that we have

it and are waiting.

Many thanks

Kind Regards

Neil Dickinson
*Managing Director.*
**LEEWARD** CONSTRUCTION COMPANY LIMITED.
ALL SAINT'S ROAD, P.O.BOX 1400, ST. JOHNS, ANTIGUA
MAIL: neil@leeward.ag
OFFICE: (268) 462-0071
CELL:    (268) 729-0072
FAX:     (268) 462-4868

---

**From:** McCary, Kibian [mailto:kmccary@auamed.net]
**Sent:** 20 April 2009 15:02
**To:** Prabhu Marudheri
**Cc:** Greenberg, Corey; Roche, Antony; neil@leeward.ag; paul@leeward.ag
**Subject:** LEEWARD CONSTRUCTION;PAYMENT APPLICATION # 17;PAGES1-20

Dear Prabhu,
Please find attached Payment application #17 of Leeward Construction duly passed for payment amounting to
ECD 3,183,832.95 including ABST. Attachments would be forwarded in 9 parts.
Regards,


Miss. Kibian McCary
Construction Assistant
American University of Antigua, College of Medicine Jabberwock Rd.
P.O. Box W-1451, St. John's, Antigua
Tel: (268) 481-8916
Fax: (268) 481-8924
email:kmccary@auamed.net

DISCLAIMER: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. GCLR LLC, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

DISCLAIMER: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error,

please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. GCLR LLC, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.




APPLICATION FORM

**MONEY TRANSFERS**

Please fill out this form in black ink and in BLOCK letters.
All fields with * should be filled in.

## APPLICANT INFORMATION

☐ Mr.  ☐ Mrs.  ☐ Mss.  ☐ Miss  ☐ Dr.

*First Name MANIPAL UNIVERSAL LEARNING   *Account No.   INTERNATIONAL   *Occupation

*Address 10  FRERE FELIX DE VALOIS STREET

*City PORT LOUIS     *Province     *Postal Code

Email Address     *Phone # 230-2023000     Fax # 230-2125265

*Non ICICI Bank customer to provide 2 pieces of identification (ONE VALID PHOTO ID). For the list of acceptable ID's, please refer to the reverse of this form.

## OTHER PARTY INFORMATION (This section is to be completed)

Anti-money laundering legislation requires us to obtain the following information. This section is mandatory.
I am conducting this money transfer on behalf of another party who is not an account holder in this application:     ☐ Yes  ☑ No
If yes, please complete the section below.

Name of the Other Party

Address of the Other Party

| City | | Province | Postal Code | Country |
|------|--|----------|-------------|---------|
| Occupation or type of business of the Other Party | | | Relationship to the Other Party | |
| Business Incorporation Number (if applicable) | | | Place of incorporation (if applicable) | |

## PAYMENT MODE

☑ Debit ICICI Bank Canada Account No. |0|1|6|4|9|7|3|3|    ☐ Cash    ☐ Others

## BENEFICIARY DETAILS (for multiple beneficiaries, please submit on separate form)

*Name of Bank "AS PER ANNEXURE"                    *Name of Beneficiary LEEWARD CONSTRUCTION COMPANY

*Branch Address                                     *Account No. | | | | | | | | | |

*IFSC code                                          *Street Address "AS PER ANNEXURE"

Swift / Micr code *                                 *City

*City                                               *Province                    *Postal Code

*Province                    *Postal Code           *Country                     *Phone #

*Country                     Phone #

## DISBURSEMENT MODE

| India | ☐ Credit to account (ICICI Bank, India) | ☐ Draft to beneficiary in India | ☐ EFT / SEFT (India) |
|-------|------------------------------------------|----------------------------------|-----------------------|
| | ☐ Draft issued locally in Canada | ☐ Draft to beneficiary's bank in India | |
| Other countries | ☐ Credit to account (correspondent bank) | ☐ Draft to beneficiary in destination country | |

## MONEY TRANSFER DETAILS

Amount & Currency:     Amount & Currency: USD 1,184,373.54
(To be debited)        (to be transfered)

FX Rate:               FX Contract no (if available):

Charges of correspondent bank    ☑ Applicant    ☐ Beneficiary

* Purpose of Money Transfers: PMT AGST CONSTN COST BILL #17

## Alana Bartley

| | |
|---|---|
| **From:** | Prabhu Marudheri [pmarudheri@AUAMED.ORG] |
| **Sent:** | Monday, June 22, 2009 8:44 AM |
| **To:** | Neil Dickinson |
| **Cc:** | Antony Roche; Corey Greenberg |
| **Subject:** | Running bill#19 |
| **Attachments:** | 20090622083352098.pdf |

Neil,

Wire transfer has been processed for this bill and the confirmation is attached. Please let me know if you have any questions.

Thanks

*Prabhu Marudheri*
*Director of Institutional Development and Financial Controls*
*American University of Antigua*
*College of Medicine C/O GCLR LLC*
*Desk: 212-661-8899 Extn 171*
*Cell: 516-369-8406*
*Fax: 646-514-1878*
*Email: pmarudheri@auamed.org*

DISCLAIMER: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. GCLR LLC, and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

https://businessacce...   ...tibank.citigroup.com/cbusol/wires/WTdisplay...

Help

# FOREIGN WIRE USING MODEL

WIRE:   From Account: 9941998184   Currency: US Dollars

Status:   Processed - Confirmation Number is 1730494134.

Wire Fee:   $20.00

| Beneficiary<br>Leeward Construction | Bank |
|---|---|
| | Name: ABI BANK LTD.<br>Address: 156, REDCLIFFE ST.<br>ST. JOHN'S<br>Antigua and Barbuda |
| | Intermediary Bank: ABA: 026009593<br>Name: BANK OF AMERICA, N.A., NY<br>State: New York |
| | SWIFT/BIC: ANBIAGAG |

Beneficiary's Account number: 300118635

Amount:   $596,291.25
Date of transfer: Immediate

Special Instructions:
ABI Bank Ltd acct#6550-6-52034
with Bank of America

Save as Model   Model Name: LEEWARD CONSTRUCTION

Process another Wire

1 of 1                                                                 6/22/2009 8:33 A