





**Eric Schwejlih**
College of Medicine

Mr. Schwejlih is the Collections Specialist.
E-mail: eschwejlih@auamed.org
Phone: 1-646-834-9185

Picture Coming Soon

| | |
|---|---|
| Name | Eric Schwejlih |
| Dept | Bursar |
| Email | eschwejlih@auamed.org |
| Website | |











### Stanley Jean-Louis
College of Medicine

Mr. Jean-Louis is a Debt Management Counselor.

E-mail: sjeanlouis@auamed.org
Phone: 1-646-834-9187

Name: Stanley Jean-Louis
Dept: Student Financial Services
Email: sjeanlouis@auamed.org
website:

