UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

LEEWARD CONSTRUCTION COMPANY, LTD.　　　Case No. 1:12-CV-06280-LAK/GWG
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(ECF CASE)
　　　　　　　　　　　Petitioner,

　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Lewis A. Kaplan
　　　　-against-　　　　　　　　　　　　　　　　　　United States District Judge

AMERICAN UNIVERSITY OF ANTIGUA --
COLLEGE OF MEDICINE AND MANIPAL　　　　　**AFFIDAVIT OF SERVICE**
EDUCATION AMERICAS, LLC f/k/a GCLR, LLC

　　　　　　　　　　　Respondents.
-------------------------------------------------------------------x

STATE OF NEW YORK　　)
COUNTY OF DUTCHESS　) ss:

　　　　CAROL A. VERDIS, being sworn says: I am not a party to the action, am over 18 years of age and reside at Pleasant Valley, New York.

　　　　On October 17, 2012, I served the within **AMENDED PETITION WITH EXHIBITS A THROUGH G,** by depositing a true copy thereof, enclosed in a post-paid wrapper, sent by certified mail, return receipt requested, in an official depository under the exclusive care and custody of the U. S. Postal Service, addressed to the following:

　　　　Katherine M. Lieb, Esq.
　　　　Sills, Cummis & Gross, P.C.
　　　　*Attorney for Respondents,*
　　　　*American University of Antigua -- College of Medicine*
　　　　*and Manipal Education Americas, LLC f/k/a GCLR, LLC,*
　　　　30 Rockefeller Center
　　　　New York, New York 10112
　　　　Telephone: (212) 643-7000

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CAROL A. VERDIS

Sworn to before me on the
17th day of October, 2012.

_____
Notary Public

　　　　　　　　　　　　　　　　　Paul E. Denbaum
　　　　　　　　　　　　　　NOTARY PUBLIC, State of New York
　　　　　　　　　　　　　　　　　No. 02DE6245957
　　　　　　　　　　　　　　　Qualified in Putnam County
　　　　　　　　　　　　Commission Expires August 8, 2015