USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/12

RECEIVED
NOV - 5 2012
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LEEWARD CONSTRUCTION COMPANY, LTD.,

          Petitioner,

-against-

AMERICAN UNIVERSITY OF ANTIGUA- COLLEGE
OF MEDICINE AND MANIPAL EDUCATION
AMERICAS, LLC f/k/a GCLR, LLC,

          Respondents.
-----------------------------------------------------------X

Civil Action No. 12-CIV-6280

ECF CASE

STIPULATION EXTENDING
RESPONDENTS' TIME TO
ANSWER, MOVE OR
OTHERWISE RESPOND TO
AMENDED PETITION AND TO
REPLY TO CROSS-MOTION

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the time for respondents American University of Antigua – College of Medicine and Manipal Education Americas, LLC f/k/a/ GCLR, LLC to answer, move, or otherwise respond to the allegations of the Amended Petition and to reply to their Cross-Motion to Dismiss is extended up to and including November 15, 2012.

Dated:    New York, New York
          November 1, 2012

LEWIS & GREER, P.C.

By: _____
    Veronica A. McMillan, RN, BSN, Esq.

Attorneys for Petitioner
Leeward Construction Company, Ltd.
510 Haight Avenue, Suite 202
Poughkeepsie, New York 12603
Tel: (845) 454-1200
Fax: (845) 454-3315

SO ORDERED:

_____
Judge Lewis A. Kaplan, U.S.D.J.

11/5/12

SILLS CUMMIS & GROSS, P.C.

By: _____
    Katherine M. Lieb, Esq.

Attorneys for Respondents
American University of Antigua – College of
Medicine and Manipal Education Americas,
LLC f/k/a GCLR, LLC
Thirty Rockefeller Plaza
New York, NY 10112
Tel: (212) 653-7000
Fax: (212) 643-6500