UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
LEEWARD CONSTRUCTION COMPANY, LTD.,

                Petitioner,

    -against-                                  12 Civ. 6280 (LAK)

AMERICAN UNIVERSITY OF ANTIGUA –
COLLEGE OF MEDICINE and MANIPAL
EDUCATION AMERICAS, LLC f/k/a GCLR, LLC,

                Respondents.
------------------------------------------x

**ORDER**

Lewis A. Kaplan, *District Judge.*

        The Court will hear oral argument on the petition to confirm arbitration and the cross motion to dismiss, modify, or vacate on December 17, 2012, at 2:30 p.m.

        SO ORDERED.

Dated: December 11, 2012

                                                      Lewis A. Kaplan
                                                  United States District Judge