UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| LEEWARD CONSTRUCTION COMPANY, LTD., <br><br>            Petitioner, <br><br>   v. <br><br>AMERICAN UNIVERSITY OF ANTIGUA – COLLEGE OF MEDICINE and MANIPAL EDUCATION AMERICAS, LLC f/k/a GCLR, LLC, <br><br>            Respondents. | Case No. 1:12-CV-06280-LAK/GWG (ECF Case) <br><br>Honorable Lewis A. Kaplan <br>United States District Judge <br><br>**NOTICE OF APPEARANCE** |

------------------------------------------------------------x

**PLEASE TAKE NOTICE** that Jonathan Jemison, Esq. of Sills Cummis & Gross P.C. hereby appears on behalf of Respondents American University of Antigua – College of Medicine and Manipal Education Americas, LLC f/k/a GCLR, LLC in the above-captioned matter.

                            By:   /s/ Jonathan Jemison
                                    SILLS CUMMIS & GROSS P.C.
                                    30 Rockefeller Plaza
                                    New York, New York  10112
                                    (212) 643-7000
                                    jjemison@sillscummis.com
                                    Attorneys for Respondents

Dated:  New York, New York
         December 14, 2012