```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LEEWARD CONSTRUCTION COMPANY,

                Petitioner,

          -against-

AMERICAN UNIVERSITY OF ANTIGUA -
COLLEGE OF MEDICINE, and MANIPAL
EDUCATION AMERICAS, LLC f/n/a GCLR, LLC.,

                Respondents.
-------------------------------------------------------------X

12 **CIVIL** 6280 (LAK)

**JUDGMENT**

     Petitioner Leeward Construction Company ("Leeward") having sought to confirm an international arbitration award against Respondents American University of Antigua ("AUA") and Manipal Education Americas ("Manipal"), and the matter having been brought before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on March 26, 2013, having issued its Memorandum Opinion granting Leeward's amended petition to confirm the arbitration, but only as against AUA, granting Manipal's cross motion to dismiss as to itself without prejudice to Leeward's filing a separate plenary action against it, and denying AUA's cross motion to dismiss, modify, or vacate, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated March 26, 2013, Leeward's amended petition to confirm the arbitration is granted, but only as against AUA; Manipal's cross motion to dismiss as to itself is granted without prejudice to Leeward's filing a separate plenary action against it; and AUA's cross motion to dismiss, modify, or vacate is denied; accordingly, the case is closed.

**Dated:** New York, New York
        March 28, 2013

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**
                      BY: _____
                                          **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____