



| | |
|---|---|
| Name | Par Prem Kumar |
| Dept | Admissions |
| Email | pkumar@auamed.org |
| Website | |

Originally from hospitality background (management trainee with the TajGroup), my natural empathy and people skills were honed with every move and new experience. Working with Dr Steven Covey, I soon learnt how each attribute can be a compliment to company ethos and success. Coming from a very academic family, and not being an honors student was a challenge, but it also taug... me patience and achievement. My baptism by fire was to take ove... recruiting for a group that represented universities in UK, Ireland and Australia. But, I was hooked and I think, I manage to bring all these traits to the fore when talking to, counseling or just listeni... to the students and parents. I am proud of the sense of comfort and confidence I am able to project and convey.

Being from India, I am able to relate and understand the Indian descent parents and students and answer their concerns and issues. This has also meant a lot of networking with the diaspora t... spread the word and create a tremendous awareness of our programs. This has led to more opportunities to help the compan... grow with affiliations and branding.

Living in beautiful Hudson valley (god's own palette), I love being home with my almost human Boxer/ shepherd mix, taffy and my so... who tolerates us both. Reading, television, especially British dram... friends, travel and eating out are my relaxation.

Having lived in many continents and travelled extensively, I am ver... comfortable meeting and interacting with folks from every strata... life.

E-mail: pkumar@auamed.org

Phone: 1-347-268-4723 / 1-646-834-9194



### Bob Gelles
College of Medicine/American International College of Arts and Sciences - Antigua

I have been involved in the admissions process for over fifteen years and, at AUA, also function as the Alumni Relations Director. I earned my Bachelor of Arts Degree at Queens College. I have been with AUA since February, 2004 when we ushered in the first class. I consider myself to be so fortunate to have spoken with our students when they first enrolled and see them graduate and begin their residencies. I cannot think of anything better than to be involved with students on both ends. I have always enjoyed speaking with prospective students about their aspirations, and aiding them as they consider our program. I truly love what I do.

I enjoy being at home and traveling with my wife. We enjoy exploring ethnic restaurants and all of the diversity that New York City has to offer as well as hiking and enjoying the outdoors.

E-mail: bgelles@auamed.org

Phone: 1-646-834-9158

| | |
|---|---|
| Name | Bob Gelles |
| Dept | Admissions |
| Email | bgelles@auamed.org |
| Website | |



## Thomas Morrow
College of Medicine

I have been helping students along their career path for ten years, most recently joining the American University of Antigua Admissions team in 2008 as an Associate Director of Admissions. I earned my Bachelor's degree from the College of Wooster in Communication Studies and am currently pursuing a Masters of Business Administration from Plymouth State University. I am familiar with the hard work and dedication it takes to achieve a graduate degree and manage all the other aspects of life.

Representing AUA in the Midwest Region has been a rewarding experience. I enjoy meeting potential students from around the world that are attending colleges and universities here, with a common goal of becoming a doctor.

Growing up in Sandusky, Ohio and enjoying outdoor activities on Lake Erie, boating became my hobby. As a current member and past president of the Wooster Ohio Exchange Club, I contribute to a community service organization that focuses on making the community a better place to live through programs in Americanism, community service and youth activities. I currently reside in Poland, Ohio with my wife where together we enjoy traveling and the outdoors with our two sons.

E-mail: tmorrow@auamed.org

Phone: 1-330-398-1785

| | |
|---|---|
| Name | Thomas Morrow |
| Dept | Admissions |
| Email | tmorrow@auamed.org |
| Website | |



# Brianna Tolli
College of Medicine

I have been with AUA College of Medicine since 2006. Prior to AUA I was a case manager for a Mental Healthcare agency for three years before making the switch to higher education. I enjoy working in this dynamic field where I am able to help students pursue their dreams of becoming physicians. The position allows me to travel throughout the U.S., meeting new and interesting people every day. I have a BA in Art Therapy and more recently completed my Master's in School Counseling where I am now certified in NY state.

In my spare time I am a personal trainer where I get to combine my love for fitness and helping others.

E-mail: btolli@auamed.org

Phone: 1-917-940-4007

| | |
|---|---|
| Name | Brianna Tolli |
| Dept | Admissions |
| Email | btolli@auamed.org |
| website | |



### Anel De Jesus

College of Medicine/American International College of Arts and Sciences - Antigua

I have been at AUA for over 5 years, interviewing students and helping them make the exciting transition to medical school, and of course, Antigua. I hold a Master of Arts Degree in Educational Psychology. What I enjoy most about my role at AUA, is having the opportunity to meet students from all walks of life, and learn about their unique stories and experiences that have led them to pursue the challenging, yet very rewarding field of medicine.

Although I am originally from New York, I have lived in New Jersey for the past 8 years. I feel fortunate to have "the best of both worlds", as I can enjoy all of the great things that New York City has to offer, along with the tranquility of small town living. In my spare time, I enjoy watching my beloved Yankees, trying new cuisines, and short weekend getaways throughout the tri-state area.

E-mail: adejesus@auamed.org

Phone: 1-646-834-9176

Name: Anel De Jesus
Dept: Admissions
Email: adejesus@auamed.org
Website:

