


**Desiree Barnes**
College of Medicine

Ms. Barnes is Assistant Registrar.
E-mail: dbarnes@auamed.org
Phone: 1-646-834-9153

Name: Desiree Barnes
Dept: Registrar
Email: dbarnes@auamed.org
Website: