







**Marisol Tejeda**
College of Medicine

Ms. Tejeda is a Student Financial Services Officer.
E-mail: mtejeda@auamed.org
Phone: 1-646-834-9184

Name  Marisol Tejeda
Dept  Student Financial Services
Email  mtejeda@auamed.org
Website



### Marie B. McGillycuddy
College of Medicine/American International College of Arts and Sciences - Antigua

Ms. McGillycuddy is the Executive Director for Enrollment Management.
E-mail: mmcgillycuddy@auamed.org
Phone: 1-646-834-9164

Name: Marie B. McGillycuddy
Dept: Admissions
Email: mmcgillycuddy@auamed.org
Website:



**AUA Online Application**

DIRECT ONLINE APPLICATION

You can now apply directly online to the:

AUA College of Medicine Program
American International College of Arts and Sciences - Antigua Program
Kasturba Medical College International Center

- Applying online begins your admissions process *immediately*.
- Fill out this form completely and submit it with your credit card information (you will be charged a non-refundable U.S. $75.00 application fee *plus* a credit card transaction service charge of approximately U.S. $2.50).
- After submission, you will receive a call from the Admissions Department within two business days and any additional forms will be delivered to you via e-mail to continue the admissions process.
- The submission of your information and credit card is protected by full SSL encryption.

First time here? Register now »

Returning to finish your application? Log in below.

E-mail: [          ]
Password: [          ]

Log In | Forgot your password?