UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LEEWARD CONSTRUCTION COMPANY, LTD.

                        Petitioner,

         -against-

AMERICAN UNIVERSITY OF ANTIGUA --
COLLEGE OF MEDICINE AND MANIPAL
EDUCATION AMERICAS, LLC f/k/a GCLR, LLC

                       Respondents.
-----------------------------------------------------------------x

Case No. 1:12-CV-06280-LAK/GWG
(ECF CASE)

**NOTICE OF MOTION TO AMEND A JUDGMENT CONFIRMING AN ARBITRATION AWARD**

Honorable Lewis A. Kaplan
United States District Judge

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of Veronica A. McMillan, dated April 24, 2013 and the exhibits annexed thereto, together with the annexed Memorandum of Law, and all the papers, pleadings and proceedings herein, Petitioner Leeward Construction Company, Ltd. will move this Court at the United States District Court for the Southern District of New York, 500 Pearl Street, Suite 370, New York, NY 10007-1312 at 9:00 AM on the ____ day of May, 2013 pursuant to Federal Rules of Civil Procedure Rule 59(e) to amend the Judgment, entered March 28, 2013, granting Leeward's amended petition to confirm the arbitration award to include the entry of a money judgment against Respondent American University of Antigua-College of Medicine for the net amount stated in the award.

Dated: April 24, 2013
      Poughkeepsie, New York

                                          _____
                                          Veronica A. McMillan (VM1107)
                                          **LEWIS & GREER, P.C.**
                                          *Attorney for Petitioner,*
                                          *Leeward Construction Company, Ltd.*
                                          510 Haight Avenue, Suite 202
                                          Poughkeepsie, New York 12603
                                          Telephone: (845) 454-1200