



Administration | AUA - Caribb
www.auamed.org/faculty/directory/administration/all
american university antigua
Search
Safe Web
Identity Safe
Ismael
Jodie
Betsy Suarez
College of Medicine
Ms. Suarez is an Admissions Coordinator for applicants with last names beginning from A through H.
E-mail: bsuarez@auamed.org
Phone: 1-646-834-9169
Name Betsy Suarez
Dept Admissions - Applicant Services
Email bsuarez@auamed.org
Website
Regina Anderson
start
Administration | AUA
Document1 - Microsoft

Administration | AUA - Caribb
www.auamed.org/faculty/directory/administration/all
american university antigua
Search
Safe Web
Identity Safe
Tyneesha Barros
Michael Burtch
College of Medicine
Mr. Burtch is Director of Finance and Business Affairs
E-mail: mburtch@auamed.org
Phone: 1-212-661-8899, Ext. 188
Name Michael Burtch
Dept Bursar
Email mburtch@auamed.org
Website







Administration | AUA - Caribb
www.auamed.org/faculty/directory/administration/all
american university antigua
Search
Safe Web
Identity Safe
Craig Hauser
College of Medicine
Mr. Hauser is the Director of Student Services / Senior Associate Registrar.
E-mail: chauser@auamed.org
Phone: 1-646-834-9162
Name Craig Hauser
Dept Registrar
Email chauser@auamed.org
Website
Administration | AUA
Document1 - Microsof

Administration | AUA - Caribb
www.auamed.org/faculty/directory/administration/all
american university antigua
Search
Safe Web
Identity Safe
Desiree Barnes
College of Medicine
Ms. Barnes is Assistant Registrar.
E-mail: dbarnes@auamed.org
Phone: 1-646-834-9153
Name Desiree Barnes
Dept Registrar
Email dbarnes@auamed.org
Website
start
Administration | AUA
Document1 - Microsof