











FACULTY - ADMINISTRATION

### Norman Jay Wilson
College of Medicine

I have been an admissions professional since 1983, and a specialist in international medical admissions since 2002. I take great pleasure and pride in recommending deserving, qualified applicants for an opportunity to become caring, compassionate, licensed physicians in the United States. I earned my Bachelor of Arts Degree from Boston College, Chestnut Hill, MA.

I live in Orlando, Florida, with my wife of 22 years, Kimberly, and my fifteen-year old daughter.

We enjoy all of the great weather and activities that Central Florida has to offer, and we have visited most of the major National Parks and several European countries. I enjoy following politics and other current events, walking and following the fortunes of my favorite team, the Boston Red Sox!

| | |
|---|---|
| Name | Norman Jay Wilson |
| Dept | Admissions |
| Email | jwilson@auamed.org |
| Website | |

E-mail: jwilson@auamed.org
Phone: 1-407-221-1144

**AUA Online Application**

DIRECT ONLINE APPLICATION

You can now apply directly online to the:

AUA College of Medicine Program
American International College of Arts and Sciences - Antigua Program
Kasturba Medical College International Center

- Applying online begins your admissions process *immediately*.
- Fill out this form completely and submit it with your credit card information (you will be charged a non-refundable U.S. $75.00 application fee *plus* a credit card transaction service charge of approximately U.S. $2.50).
- After submission, you will receive a call from the Admissions Department within two business days and any additional forms will be delivered to you via e-mail to continue the admissions process.
- The submission of your information and credit card is protected by full SSL encryption.

First time here? Register now »

Returning to finish your application? Log in below.

E-mail: [                    ]
Password: [                    ]

Log in | Forgot your password?