UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LEEWARD CONSTRUCTION COMPANY, LTD.,

                          Petitioner,

      -against-

AMERICAN UNIVERSITY OF ANTIGUA- COLLEGE
OF MEDICINE AND MANIPAL EDUCATION
AMERICAS, LLC f/k/a GCLR, LLC,

                          Respondents.
------------------------------------------------------------------X

Civil Action No. 12-CIV-6280

ECF CASE

**NOTICE OF APPEAL**

      Notice is hereby give that American University of Antigua – College of Medicine ("AUA") hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment confirming the arbitration award entered in this action on the 28th day of March, 2013.

By: _____
Jonathan S. Jemison, Esq.

SILLS CUMMIS & GROSS, P.C.
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 653-7000
Fax: (212) 643-6500
*Attorneys for American University of Antigua – College of Medicine*

Dated: New York, New York
       April 29, 2013

1