UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LEEWARD CONSTRUCTION COMPANY, LTD.,

                       Petitioner,

-against-

AMERICAN UNIVERSITY OF ANTIGUA- COLLEGE
OF MEDICINE AND MANIPAL EDUCATION
AMERICAS, LLC f/k/a GCLR, LLC,

                       Respondents.
---------------------------------------------------------------X

Civil Action No. 12-CIV-6280

ECF CASE

STIPULATION

[handwritten annotations: "If Adjournment to Labor Day by the undersigned" and "or such other date and time as may be fixed by the Part I Judge"]

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the July 29, 2013 return date for the Order to Show Cause For a Stay of Judgment Enforcement Proceedings, entered on June 28, 2013 and modified by Stipulation "So Ordered" on July 17, 2013, be adjourned until August 5, 2013, and that the time to serve and file opposition papers be adjourned until July 29, 2013, and the time to file reply papers be adjourned until August 1, 2013.

Dated:     New York, New York
              July 25, 2013

LEWIS & GREER, P.C.

By: _____
     J. Scott Greer, Esq.

Attorneys for Petitioner
Leeward Construction Company, Ltd.
510 Haight Avenue, Suite 202
Poughkeepsie, New York 12603
Tel: (845) 454-1200
Fax: (845) 454-3315

SILLS CUMMIS & GROSS, P.C.

By: _____
     Jonathan S. Jemison, Esq.

Attorneys for Respondents
American University of Antigua
Thirty Rockefeller Plaza
New York, NY 10112
Tel: (212) 643-7000
Fax: (212) 643-6500

SO ORDERED:

_____
Hon. Lewis A. Kaplan, U.S.D.J.

7/29/13

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/13