N.Y.S.D. Case # 12-cv-6280(LAK)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of July, two thousand and fourteen,

Leeward Construction Company, Ltd.,

Petitioner - Appellee,

v.

American University of Antigua - College of Medicine,

Respondent - Appellant,

Manipal Education Americas, LLC, FKA GCLR, LLC,

Respondent.

ORDER
Docket No. 13-1708

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 30, 2014**

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/30/2014