UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEEWARD CONSTRUCTION COMPANY, LTD., <br><br> Petitioner, <br><br> v. <br><br> AMERICAN UNIVERSITY OF ANTIGUA-COLLEGE OF MEDICINE and MANIPAL EDUCATION AMERICAS, LLC f/k/a GCLR, LLC <br><br> Respondents. | No. 1:12-cv-06280 (LAK) <br><br><br> NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Respondent American University of Antigua-College of Medicine in the above-captioned action.

Dated:  June 9, 2015                              Respectfully submitted,

                                                                       s/ Gregory E. Reid_____
                                                Gregory E. Reid
                                                SILLS CUMMIS & GROSS P.C.
                                                101 Park Avenue, 28th Floor
                                                New York, NY 10178
                                                (212) 643-7000
                                                (212) 643-6500 (fax)
                                                greid@sillscummis.com

                                                *Attorneys for Respondent American University of Antigua-College of Medicine*