UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEEWARD CONSTRUCTION
COMPANY, LTD.,

        Petitioner,

  v.

AMERICAN UNIVERSITY OF
ANTIGUA-COLLEGE OF MEDICINE and
MANIPAL EDUCATION AMERICAS,
LLC f/k/a GCLR, LLC

        Respondents.

No. 1:12-cv-06280 (LAK)

NOTICE OF APPEARANCE

      **PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Respondent American University of Antigua-College of Medicine in the above-captioned action.

Dated:  June 9, 2015                    Respectfully submitted,

                                                      s/ James M. Hirschhorn
                                       James M. Hirschhorn
                                       SILLS CUMMIS & GROSS P.C.
                                       101 Park Avenue, 28th Floor
                                       New York, NY 10178
                                       (212) 643-7000
                                       (212) 643-6500 (fax)
                                       jhirschhorn@sillscummis.com

                                       *Attorneys for Respondent American*
                                       *University  of Antigua-College of Medicine*