UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LEEWARD CONSTRUCTION COMPANY,
LTD.,

        Petitioner,

   v.

AMERICAN UNIVERSITY OF ANTIGUA –
COLLEGE OF MEDICINE and MANIPAL
EDUCATION AMERICAS, LLC f/k/a GCLR,
LLC,

        Respondents.

------------------------------------------------------------x

Case No. 1:12-CV-06280-LAK/GWG

Honorable Lewis A. Kaplan
United States District Judge

**NOTICE OF MOTION FOR
RELEASE OF SUPERSEDEAS BOND**

    **PLEASE TAKE NOTICE** that respondent American University in Antigua College of Medicine ("AUA") shall move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, in Courtroom 21B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined by the Court, for an order releasing the supersedeas bond posted in this action and staying enforcement of judgment without bond pending the outcome of the parties' respective appeals.

    **PLEASE TAKE FURTHER NOTICE** that in support of its motion AUA will rely on the accompanying Affidavit of Leonard A. Sclafani and Memorandum of Law.

                                         Respectfully submitted,

                                         SILLS CUMMIS & GROSS P.C.
                                         101 Park Avenue, 28th Floor
                                         New York, New York 10178

2

          By: /s/ James Hirschhorn
              JAMES HIRSCHHORN

LAW OFFICES OF LEONARD A. SCLAFANI, ESQ.
One Battery Park Plaza, 33rd Floor
New York, New York 10004

*Attorneys for Respondent*
*American University of Antigua*
*College of Medicine*

2