# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X                05/05/2015
AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE,
                Petitioner,                14 **CIVIL** 8410 (DLC)

      -against-                    **JUDGMENT**

LEEWARD CONSTRUCTION COMPANY, LTD.,
                Respondent.
-----------------------------------------------------------X

      Petitioner American University of Antigua College of Medicine ("AUA") having moved to confirm an international arbitral award against respondent Leeward Construction Company, Ltd. ("Leeward"). Leeward having cross-moved to deny enforcement of, vacate, or modify the arbitral award, arguing that the award is non-final and ambiguous; that the Arbitration Tribunal ("Tribunal") exceeded its authority; and that the award constitutes a "manifest disregard for the law." AUA also moves for an order of attachment and a preliminary injunction regarding a related arbitral award against it that is currently on appeal, and the matter having been brought before the Honorable Denise L. Cote, United States District Judge, and the Court, on May 1, 2015, having issued its Opinion & Order (Doc. #51) granting AUA's October 16, 2014 petition to conform the Second Award, and denying its motion for an order of attachment and preliminary injunction as moot; and denying Leeward's December 11, 2014 cross-motion to deny enforcement, vacate, or modify the arbitral award; and directing the Clerk of Court to enter judgment in the amount of $1,338,712 and to close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 1, 2015, AUA's October 16, 2014 petition to confirm the Second Award is granted, and its motion for an order of attachment and preliminary injunction is

denied as moot. Leeward's December 11, 2014 cross-motion to deny enforcement, vacate, or modify the arbitral award is denied; judgment is entered in the amount of $1,338,712; accordingly, the case is closed.

**Dated:** New York, New York
May 5, 2015

**RUBY J. KRAJICK**
_____
**Clerk of Court**

**BY:** _____
**Deputy Clerk**
