

LOU LEWIS
J. SCOTT GREER
VERONICA A. MCMILLAN*†

JOAN QUINN**
PAUL E. DENBAUM

*Also Admitted in New Jersey
**Also Admitted in Massachusetts
†Registered Nurse

510 HAIGHT AVENUE
POUGHKEEPSIE, NEW YORK 12603

(845) 454-1200
FAX (845) 454-3315
WWW.LEWISGREER.COM

MAILING ADDRESS

P.O. Box 2990
POUGHKEEPSIE, NY 12603

June 23, 2015

**VIA ELECTRONIC AND**
**OVERNIGHT DELIVERY**
Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

   Re:  Leeward Construction Company Limited v. American University of Antigua -
       College of Medicine and Manipal Education Americas, LLC f/k/a GCLR, LLC
       Case No.: 1:12-cv-06280
       Our File No.: 966-04

Dear Judge Kaplan:

  This office represents the Petitioner in the above referenced matter. Enclosed please find two (2) courtesy copies of the Petitioner's opposition to the Respondent's motion to release the *supersedeas* bond posted in the above-referenced and stay enforcement of the judgment without bond pending the outcome of the parties' respective appeals. This is an ECF case and as such, Petitioner's opposition has been served on the Respondent via ECF filing.

  Pursuant to the Court's individual rules, I would like to advise that should the Court deem oral argument necessary, the only Monday of the next six (6) that I am unavailable for oral argument is Monday, July 13, 2015.

  Should you have any questions or comments, please do not hesitate to contact our office.

                Very truly yours,

                LEWIS & GREER, P.C.

                Veronica A. McMillan

VAM/mlb
cc: James Hirschhorn, Esq. (*via ECF filing only*)
   Leonard Sclafani, Esq. (*via ECF filing only*)