# EXHIBIT J



Lou Lewis
J. Scott Greer
Veronica A. McMillan†

Joan Quinn**
Dylan C. Harris

*Also Admitted in New Jersey
**Also Admitted in Massachusetts
†Registered Nurse

510 Haight Avenue
Poughkeepsie, New York 12603

(845) 454-1200
FAX (845) 454-3315
WWW.LEWISGREER.COM

Mailing Address

P.O. Box 2990
Poughkeepsie, NY 12603

June 27, 2016

**VIA FEDERAL EXPRESS**

Margaret McLaughlin
Attorney in Fact
SureTec Insurance Company
60 East 42nd Street, Suite 965
New York, New York 10165

SureTec Insurance Company
1330 Post Oak Boulevard
Houston, Texas 77056

SureTec Insurance Co.
c/o Arthur B. Levine Co., Inc.
370 Lexington Avenue, Suite 1101
New York, New York 10017

Re: Leeward Construction Company Ltd. v. American University of Antigua-College of Medicine
Case No: 12-civ-6280
Bond Number 3349772
Our File No. 966-04

Dear Sir or Madam:

This office represents Leeward Construction Company, Inc. Enclosed please find UCC-1 Financing Statements that have been filed with the New York State Department of State and the Office of Recorder of Deeds in Washington, DC in connection with the above reference Bond Number 3349772. Please be advised that the judgment secured by the bond was affirmed by the United States Court of Appeals by the Second Circuit on June 24, 2016 (*see* attached opinion). Accordingly, Leeward Construction Company, Inc. hereby demands payment under the Bond in the amount of $1,073,000.00.

Please note that pursuant to Fed. Civ. P. 69(a)(1), New York Civil Practice Law and Rules §5202(a), and New York Uniform Commercial Code §9-317(a)(2)(B), Leeward Construction Company, Inc.'s security interest has preference over the unexecuted judgment and restraining notice of the American University of Antigua – College of Medicine in an action entitled *American*

*University of Antigua – College of Medicine v. Leeward Construction Co, Ltd.*, United States District Court for the Southern District of New York, Civil Action No. 14-civ-8410.

Very truly yours,

**LEWIS & GREER, P.C.**

J. Scott Greer

JSG/mlb
Enclosures
cc:	James M. Hirschhorn (w/enclosure, via Federal Express)
	Leonard Sclafani (w/enclosure, via Federal Express)





COPY