# EXHIBIT M

| | |
|---|---|
| **From:** | Veronica A. Mcmillan <vamcmillan@lewisgreer.com> |
| **Sent:** | Wednesday, June 29, 2016 1:57 PM |
| **To:** | las@lasattorneys.com |
| **Cc:** | 'J. Scott Greer' |
| **Subject:** | Leeward v. AUA |

Leonard:

Scott is away from the office and asked me to respond to your email. Neither Leeward Construction Company, Ltd. nor Leeward Construction Company, Inc. will be providing the requested documents at this time as Leeward Construction Company, Inc. has a perfected security interest in the subject judgment that is superior to the AUA's execution of its judgment and is seeking to enforce its interest against the supersedeas bond.

Best regards,
Veronica McMillan

Veronica A. McMillan, RN, Esq.
Lewis & Greer, P.C.
510 Haight Avenue
Poughkeepsie, NY 12603
Tel: (845) 454-1200
Fax: (845) 454-3315



www.lewisgreer.com

*NOTICE: This message, together with any attachments, is intended only for the addressee. It may contain information which is legally privileged, confidential, and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use, or any action or reliance on this communication is strictly prohibited. If you are not the intended recipient, please notify Lewis & Greer, P.C. immediately by replying to this message or by sending an e-mail to info@lewisgreer.com and destroy all copies of this message and any attachments. Thank you.*

*IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.*