UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
LEEWARD CONSTRUCTION COMPANY,
LTD.,

                Plaintiff,

v.

AMERICAN UNIVERSITY OF ANTIGUA –
COLLEGE OF MEDICINE and MANIPAL
EDUCATION AMERICAS, LLC f/k/a GCLR,
LLC,

                Defendants
----------------------------------------------------------x

Case No. 1:12-CV-06280-LAK/GWG

**SATISFACTION OF JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/16

WHEREAS, on June 11, 2013, a corrected and amended judgment was filed against defendant American University of Antigua - College of Medicine and in favor of plaintiff, Leeward Construction Company, Ltd, in the above captioned action in the sum of $966,026.79 together with interest thereon at the rate of 7% per annum; and,

WHEREAS, the Leeward Judgment has been satisfied and paid in full;

NOW, THEREFORE, satisfaction of the judgment herein is hereby acknowledged and the Clerk of the Court is hereby authorized to cancel and discharge the judgment.

Dated: July 11, 2016

                              Lewis & Greer, P.C.
                              Attorneys for Plaintiff
                              510 Haight Avenue
                              Poughkeepsie, New York 12603

                              By: _____
                                   J. Scott Greer, Esq.