MEMO ENDORSED

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

101 Park Avenue
New York, NY 10178
Tel: 212-643-7000
Fax: 212-643-6500

RECEIVED
JUL 12 2016
JUDGE KAPLAN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-13-16

One Riverfront Plaza
Newark, NJ 07102
Tel: 973-643-7000
Fax: 973-643-6500

James M. Hirschhorn
Direct Dial: (973) 643-5288
E-mail: jhirschhorn@sillscummis.com

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

July 12, 2016

**By Telecopy and E-filing**

Hon. Lewis A. Kaplan, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Leeward Construction Company, Ltd. v. American University of Antigua – College of Medicine, et al.*
            Docket No. 1:12-CV-06280-LAK/GWG

Dear Judge Kaplan:

This firm represents Defendant American University of Antigua. This will confirm the conversation of counsel for both parties with your chambers this morning. The filing of the Satisfaction of Judgment in this matter on July 11, 2011, resolved all disputes between the parties, and the application of American University of Antigua scheduled to be heard on Thursday, July 14, 2016, is therefore moot.

Counsel for Leeward Construction Company, Ltd. concurs in this letter

Respectfully submitted,

*James M. Hirschhorn*

Enclosure

Cc:    J. Scott Greer, Esq. (By E-filing)
       Leonard Sclafani, Esq. (By E-filing)

*The motion for a preliminary injunction and other relief (DI 66) is denied as moot.*

SO ORDERED

*Lewis A. Kaplan* 7/13/16
LEWIS A. KAPLAN, USDJ

3052325 v1 Ltr. Kaplan 7/12/16